UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DVORA WEINSTEIN AND STEVEN S. WEINSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUBREY K. McCLENDON and CHESAPEAKE ENERGY CORPORATION,<br><br>Defendants. | Case No. CIV-12-465-M |

STIPULATION AND JOINT MOTION FOR ORDER EXTENDING TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

WHEREAS, on April 26, 2012, Plaintiffs Dvora Weinstein and Steven S. Weinstein, through their counsel, filed a proposed class action complaint (the "Complaint") in the above-captioned action against Chesapeake Energy Corp. ("Chesapeake") and Aubrey K. McClendon ("McClendon") (the "Action");

WHEREAS, Chesapeake and McClendon are collectively referred to as the "Defendants";

WHEREAS, Defendants, by and through their undersigned counsel, seek to extend the time within which they must answer, move or otherwise respond to the Complaint;

WHEREAS, this is the first request for an extension of time to answer, move or otherwise respond to the Complaint;

WHEREAS, Plaintiffs in the Action, through their counsel, has consented to Defendants' request to extend the time within which Defendants must answer, move or otherwise respond to the Complaint;

WHEREAS, the time for filing of motions for appointment of Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (“PSLRA”), 15 U.S.C. § 78u-4, has not yet passed;

WHEREAS, this stipulation is entered into without prejudice to further extensions;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that:

1. Defendants, by and through their undersigned counsel, accept service of process of the Summons and Complaint.

2. Defendants shall have no obligation to respond to the Complaint until after the filing of, and the Court’s decision and entry of an order on, motion(s) to be appointed as lead plaintiff and after the filing of an Amended Complaint. The parties shall confer thereafter regarding a schedule to respond to the Amended Complaint, and any related motion practice.

3. By entering into this stipulation, each party acknowledges that Plaintiff and Defendants reserve all of their respective claims and rights to assert all defenses and objections, including those relating to personal and/or subject matter jurisdiction, venue and/or the appropriateness of this forum, and any other defenses Defendants may raise under Federal Rule of Civil Procedure 12, except as those relating to service provided in Paragraph 1.

4. This stipulation and agreement is without prejudice to further extensions.

WHEREFORE, the parties request that the Court having reviewed this Stipulation and the Joint Motion enter the proposed Order extending the deadline to answer or otherwise respond to the Complaint as outlined herein.

Dated: May 25, 2012

LAW OFFICES OF JOHN E. BARBUSH, P.C.

s/John E. Barbush
John E. Barbush, OBA#17837
120 N. Robinson Avenue, Suite 2700
Oklahoma City, Oklahoma 73102
Telephone: (405) 604-3098
Facsimile: (405) 604-7503
j.barbush@coxinet.net

POMERANTZ HAUDEK GROSSMAN
& GROSS LLP
Marc I. Gross
100 Park Avenue, 26th floor
New York, NY 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
migross@pomlaw.com

POMERANTZ HAUDEK GROSSMAN
& GROSS LLP
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 3771184
pdahlstrom@pomlaw.com

*Counsel for Plaintiffs*

MCAFFE & TAFT

s/ James R. Webb
James R. Webb, OBA#16548
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 552-2246
Facsimile: (405) 228-7446
Jim.webb@mcafeetaft.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Robert P. Varian
Todd Scott
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (41) 773-5759
rvarian@orrick.com

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2012, I electronically transmitted the attached document to the Clerk of the Courts using the ECF System for filing. Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

James R. Webb
McAfee & Taft
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102

s/ John E. Barbush
John E. Barbush