### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DVORA WEINSTEIN AND STEVEN S. WEINSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>AUBREY K. McCLENDON and CHESAPEAKE ENERGY CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-12-465-M<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the parties' Stipulation and Joint Motion for Order Extending Time to Answer or Otherwise Respond to the Complaint, filed May 25, 2012. Upon review of the joint stipulation and motion, the Court GRANTS the parties' Joint Motion for Order Extending Time to Answer or Otherwise Respond to the Complaint [docket no. 5] as follows:

1. Defendants, by and through their counsel, shall accept service of process of the Summons and Complaint pursuant to the parties' agreement.

2. Defendants shall have no obligation to respond to the Complaint until after the filing of, and the Court's decision and entry of an order on, motion(s) to be appointed as lead plaintiff and after the filing of an Amended Complaint. The parties shall confer thereafter regarding a schedule to respond to the Amended Complaint and any related motion practice.

3. By entering into the stipulation, each party acknowledged that plaintiffs and defendants reserve all of their respective claims and rights to assert all defenses and objections, including those relating to personal and/or subject matter jurisdiction, venue, and/or the appropriateness of this forum, and any other defenses defendants

may raise under Federal Rule of Civil Procedure 12, except those relating to service provided in Paragraph 1.

**IT IS SO ORDERED this 29th day of May, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE