# Exhibit A

**CERTIFICATION**

I, Jeffrey M. Davis, as Vice-President & Associate General Counsel of Ontario Teachers' Pension Plan Board ("Ontario Teachers' "), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Ontario Teachers'. I have reviewed the complaint filed against Chesapeake Energy Corp. ("Chesapeake") alleging violations of the federal securities laws;

2. Ontario Teachers' did not purchase securities of Chesapeake at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Ontario Teachers' is willing to serve as a lead plaintiff or representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. Ontario Teachers' transactions in Chesapeake during the Class Period are reflected in Exhibit A, attached hereto;

5. Ontario Teachers' sought to serve as a lead plaintiff in the following class actions under the federal securities laws during the last three years preceding the date of this certification:

*In re Computer Sciences Corporation Securities Litigation*, No. 11-cv-610 (E.D. Va.)

6. Ontario Teachers' is currently serving as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

*In re Computer Sciences Corporation Securities Litigation*, No. 11-cv-610 (E.D. Va.)

7. Beyond its pro rata share of any recovery, Ontario Teachers' will not accept payment for serving as a lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this 25th day of June, 2012.

Jeffrey M. Davis
*Vice-President & Associate General Counsel*
*of Ontario Teachers' Pension Plan Board*

**EXHIBIT A**

**TRANSACTIONS IN CHESAPEAKE ENERGY CORP.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 06/04/09 | -284,700 | $23.28 | $6,627,018.84 |
| Purchase | 07/21/09 | 468,000 | $20.60 | ($9,640,144.80) |
| Purchase | 07/21/09 | 269,000 | $20.44 | ($5,498,924.90) |
| Purchase | 08/21/09 | 110,000 | $23.79 | ($2,616,526.00) |
| Purchase | 08/21/09 | 110,000 | $23.79 | ($2,616,526.00) |
| Purchase | 08/21/09 | 110,000 | $23.79 | ($2,616,460.00) |
| Purchase | 08/24/09 | 815,800 | $24.20 | ($19,741,054.72) |
| Purchase | 11/19/09 | 175,000 | $23.30 | ($4,077,902.50) |
| Purchase | 12/10/09 | 46,900 | $23.02 | ($1,079,863.12) |
| Purchase | 12/11/09 | 46,900 | $23.11 | ($1,084,074.74) |
| Sale | 12/18/09 | -208,300 | $25.95 | $5,405,426.66 |
| Purchase | 02/08/10 | 5,700 | $24.24 | ($138,168.00) |
| Purchase | 02/08/10 | 124,870 | $24.64 | ($3,077,271.31) |
| Purchase | 02/08/10 | 197,130 | $24.45 | ($4,819,986.20) |
| Purchase | 02/08/10 | 6,100 | $24.24 | ($147,864.00) |
| Purchase | 02/09/10 | 16,500 | $24.51 | ($404,415.00) |
| Purchase | 02/09/10 | 2,800 | $24.51 | ($68,628.00) |
| Purchase | 02/10/10 | 9,100 | $24.40 | ($222,040.00) |
| Purchase | 02/10/10 | 13,400 | $24.40 | ($326,960.00) |
| Purchase | 02/11/10 | 13,400 | $25.13 | ($336,742.00) |
| Purchase | 03/01/10 | 136,000 | $26.68 | ($3,627,840.80) |
| Purchase | 03/18/10 | 97,000 | $24.14 | ($2,341,405.40) |
| Purchase | 03/19/10 | 600 | $24.21 | ($14,523.00) |
| Purchase | 03/29/10 | 72,700 | $23.23 | ($1,688,995.48) |
| Purchase | 04/16/10 | 12,200 | $23.88 | ($291,336.00) |
| Purchase | 04/29/10 | 247,310 | $23.56 | ($5,825,560.17) |
| Purchase | 05/19/10 | 32,111 | $21.70 | ($696,705.94) |
| Purchase | 05/19/10 | 32,112 | $21.77 | ($699,068.61) |
| Purchase | 05/20/10 | 58,427 | $21.28 | ($1,243,081.17) |
| Purchase | 05/21/10 | 14,000 | $21.01 | ($294,140.00) |
| Purchase | 06/18/10 | 10,600 | $24.61 | ($260,866.00) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 07/15/10 | 7,600 | $21.44 | ($162,944.00) |
| Purchase | 07/16/10 | 8,500 | $20.87 | ($177,395.00) |
| Purchase | 07/16/10 | 392,000 | $20.89 | ($8,187,429.60) |
| Purchase | 07/27/10 | 74,330 | $21.16 | ($1,572,696.44) |
| Purchase | 08/20/10 | 18,100 | $20.38 | ($368,878.00) |
| Purchase | 09/14/10 | 226,000 | $21.55 | ($4,869,215.20) |
| Purchase | 09/17/10 | 1,000 | $21.45 | ($21,452.50) |
| Purchase | 10/25/10 | 68,580 | $21.34 | ($1,463,517.77) |
| Purchase | 11/18/10 | 7,400 | $22.25 | ($164,650.00) |
| Purchase | 11/19/10 | 7,400 | $22.64 | ($167,536.00) |
| Sale | 03/03/11 | -147,000 | $33.47 | $4,920,780.90 |
| Sale | 03/25/11 | -63,800 | $34.15 | $2,178,961.40 |
| Sale | 04/15/11 | -10,100 | $32.73 | $330,573.00 |
| Sale | 04/15/11 | -10,100 | $32.73 | $330,573.00 |
| Sale | 05/20/11 | -20,500 | $30.62 | $627,710.00 |
| Purchase | 06/06/11 | 215,000 | $30.27 | ($6,508,243.50) |
| Purchase | 06/06/11 | 198,000 | $30.25 | ($5,988,510.00) |
| Purchase | 06/06/11 | 95,000 | $30.27 | ($2,875,678.50) |
| Sale | 06/17/11 | -8,513 | $28.02 | $238,534.26 |
| Sale | 08/18/11 | -13,700 | $30.10 | $412,385.07 |
| Sale | 08/26/11 | -89,300 | $29.85 | $2,665,863.97 |
| Purchase | 09/16/11 | 900 | $31.82 | ($28,633.50) |
| Sale | 10/13/11 | -11,900 | $26.85 | $319,515.00 |
| Sale | 10/20/11 | -12,000 | $27.30 | $327,600.00 |
| Sale | 10/21/11 | -12,000 | $27.81 | $333,720.00 |
| Sale | 12/15/11 | -125,000 | $23.07 | $2,883,825.00 |
| Sale | 12/15/11 | -17,469 | $23.07 | $403,020.31 |
| Sale | 12/15/11 | -118,531 | $22.87 | $2,710,472.08 |
| Purchase | 01/20/12 | 8,447 | $20.96 | ($177,049.12) |
| Sale | 02/29/12 | -1,532 | $25.00 | $38,300.00 |
| Purchase | 03/16/12 | 1,155 | $25.06 | ($28,941.41) |
| Purchase | 03/16/12 | 9,248 | $25.06 | ($231,754.88) |
| Sale | 04/03/12 | -4,156 | $23.26 | $96,668.56 |
| Purchase | 04/13/12 | 125,455 | $19.93 | ($2,500,556.51) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 04/16/12 | 7,595 | $19.82 | ($150,502.52) |
| Purchase | 04/18/12 | 29,481 | $17.31 | ($510,198.19) |
| Purchase | 04/20/12 | 10,508 | $17.44 | ($183,259.52) |
| Purchase | 04/20/12 | 29,481 | $17.50 | ($515,808.42) |
| Purchase | 04/23/12 | 24,158 | $17.83 | ($430,681.58) |