# Exhibit B

**Ontario Teachers' Pension Plan**

Class Period: 4/30/2009 to 5/10/2012

**CHESAPEAKE ENERGY CORP**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price* |
|---|---|---|---|---|
| CHK | 165167107 | 2182779 | US1651671075 | $16.53 |

**FIFO ANALYSIS**

| Trans Type | Trade Date | Shares | Price Per Share | Cost / Proceeds | Currency |
|---|---|---|---|---|---|
| Open | 04/30/09 | 1,730,232.00 | | | |
| Sale | 06/04/09 | -284,700.00 | $23.28 | $6,627,018.84 | USD |
| Sale | 12/18/09 | -208,300.00 | $25.95 | $5,405,426.66 | USD |
| Sale | 03/03/11 | -147,000.00 | $33.47 | $4,920,780.90 | USD |
| Sale | 03/25/11 | -63,800.00 | $34.15 | $2,178,961.40 | USD |
| Sale | 04/15/11 | -10,100.00 | $32.73 | $330,573.00 | USD |
| Sale | 04/15/11 | -10,100.00 | $32.73 | $330,573.00 | USD |
| Sale | 05/20/11 | -20,500.00 | $30.62 | $627,710.00 | USD |
| Sale | 06/17/11 | -8,513.00 | $28.02 | $238,534.26 | USD |
| Sale | 08/18/11 | -13,700.00 | $30.10 | $412,385.07 | USD |
| Sale | 08/26/11 | -89,300.00 | $29.85 | $2,665,863.97 | USD |
| Sale | 10/13/11 | -11,900.00 | $26.85 | $319,515.00 | USD |
| Sale | 10/20/11 | -12,000.00 | $27.30 | $327,600.00 | USD |
| Sale | 10/21/11 | -12,000.00 | $27.81 | $333,720.00 | USD |
| Sale | 12/15/11 | -125,000.00 | $23.07 | $2,883,825.00 | USD |
| Sale | 12/15/11 | -17,469.00 | $23.07 | $403,020.31 | USD |
| Sale | 12/15/11 | -118,531.00 | $22.87 | $2,710,472.08 | USD |
| Sale | 02/29/12 | -1,532.00 | $25.00 | $38,300.00 | USD |
| Sale | 04/03/12 | -4,156.00 | $23.26 | $96,668.56 | USD |
| ***Sales (matched to pre-class period purchases):*** | | ***-1,158,601.00*** | | ***$30,850,948.05*** | |
| Purchase | 07/21/09 | 468,000.00 | $20.60 | ($9,640,144.80) | USD |
| Purchase | 07/21/09 | 269,000.00 | $20.44 | ($5,498,924.90) | USD |
| Purchase | 08/21/09 | 110,000.00 | $23.79 | ($2,616,526.00) | USD |
| Purchase | 08/21/09 | 110,000.00 | $23.79 | ($2,616,526.00) | USD |
| Purchase | 08/21/09 | 110,000.00 | $23.79 | ($2,616,460.00) | USD |
| Purchase | 08/24/09 | 815,800.00 | $24.20 | ($19,741,054.72) | USD |
| Purchase | 11/19/09 | 175,000.00 | $23.30 | ($4,077,902.50) | USD |
| Purchase | 12/10/09 | 46,900.00 | $23.02 | ($1,079,863.12) | USD |
| Purchase | 12/11/09 | 46,900.00 | $23.11 | ($1,084,074.74) | USD |
| Purchase | 02/08/10 | 5,700.00 | $24.24 | ($138,168.00) | USD |
| Purchase | 02/08/10 | 124,870.00 | $24.64 | ($3,077,271.31) | USD |
| Purchase | 02/08/10 | 197,130.00 | $24.45 | ($4,819,986.20) | USD |
| Purchase | 02/08/10 | 6,100.00 | $24.24 | ($147,864.00) | USD |
| Purchase | 02/09/10 | 16,500.00 | $24.51 | ($404,415.00) | USD |
| Purchase | 02/09/10 | 2,800.00 | $24.51 | ($68,628.00) | USD |
| Purchase | 02/10/10 | 9,100.00 | $24.40 | ($222,040.00) | USD |
| Purchase | 02/10/10 | 13,400.00 | $24.40 | ($326,960.00) | USD |
| Purchase | 02/11/10 | 13,400.00 | $25.13 | ($336,742.00) | USD |

| Trans Type | Trade Date | Shares | Price Per Share | Cost / Proceeds | Currency |
|---|---|---|---|---|---|
| Purchase | 03/01/10 | 136,000.00 | $26.68 | ($3,627,840.80) | USD |
| Purchase | 03/18/10 | 97,000.00 | $24.14 | ($2,341,405.40) | USD |
| Purchase | 03/19/10 | 600.00 | $24.21 | ($14,523.00) | USD |
| Purchase | 03/29/10 | 72,700.00 | $23.23 | ($1,688,995.48) | USD |
| Purchase | 04/16/10 | 12,200.00 | $23.88 | ($291,336.00) | USD |
| Purchase | 04/29/10 | 247,310.00 | $23.56 | ($5,825,560.17) | USD |
| Purchase | 05/19/10 | 32,111.00 | $21.70 | ($696,705.94) | USD |
| Purchase | 05/19/10 | 32,112.00 | $21.77 | ($699,068.61) | USD |
| Purchase | 05/20/10 | 58,427.00 | $21.28 | ($1,243,081.17) | USD |
| Purchase | 05/21/10 | 14,000.00 | $21.01 | ($294,140.00) | USD |
| Purchase | 06/18/10 | 10,600.00 | $24.61 | ($260,866.00) | USD |
| Purchase | 07/15/10 | 7,600.00 | $21.44 | ($162,944.00) | USD |
| Purchase | 07/16/10 | 8,500.00 | $20.87 | ($177,395.00) | USD |
| Purchase | 07/16/10 | 392,000.00 | $20.89 | ($8,187,429.60) | USD |
| Purchase | 07/27/10 | 74,330.00 | $21.16 | ($1,572,696.44) | USD |
| Purchase | 08/20/10 | 18,100.00 | $20.38 | ($368,878.00) | USD |
| Purchase | 09/14/10 | 226,000.00 | $21.55 | ($4,869,215.20) | USD |
| Purchase | 09/17/10 | 1,000.00 | $21.45 | ($21,452.50) | USD |
| Purchase | 10/25/10 | 68,580.00 | $21.34 | ($1,463,517.77) | USD |
| Purchase | 11/18/10 | 7,400.00 | $22.25 | ($164,650.00) | USD |
| Purchase | 11/19/10 | 7,400.00 | $22.64 | ($167,536.00) | USD |
| Purchase | 06/06/11 | 215,000.00 | $30.27 | ($6,508,243.50) | USD |
| Purchase | 06/06/11 | 198,000.00 | $30.25 | ($5,988,510.00) | USD |
| Purchase | 06/06/11 | 95,000.00 | $30.27 | ($2,875,678.50) | USD |
| Purchase | 09/16/11 | 900.00 | $31.82 | ($28,633.50) | USD |
| Purchase | 01/20/12 | 8,447.00 | $20.96 | ($177,049.12) | USD |
| Purchase | 03/16/12 | 1,155.00 | $25.06 | ($28,941.41) | USD |
| Purchase | 03/16/12 | 9,248.00 | $25.06 | ($231,754.88) | USD |
| Purchase | 04/13/12 | 125,455.00 | $19.93 | ($2,500,556.51) | USD |
| Purchase | 04/16/12 | 7,595.00 | $19.82 | ($150,502.52) | USD |
| Purchase | 04/18/12 | 29,481.00 | $17.31 | ($510,198.19) | USD |
| Purchase | 04/20/12 | 10,508.00 | $17.44 | ($183,259.52) | USD |
| Purchase | 04/20/12 | 29,481.00 | $17.50 | ($515,808.42) | USD |
| Purchase | 04/23/12 | 24,158.00 | $17.83 | ($430,681.58) | USD |
| | ***Class period purchases:*** | ***4,818,998.00*** | | ***($112,782,606.02)*** | |
| | **FIFO Retained purchases:** | **4,818,998.00** | $16.53 | **$79,680,525.60** | |
| | | | **FIFO Gain/(Loss):** | **($33,102,080.42)** | |

## LIFO ANALYSIS

| Trans Type | Settle Date | Shares | Price Per Share | Cost/ Proceeds | Currency |
|---|---|---|---|---|---|
| Open | 04/30/09 | 1,730,232.00 | | $0.00 | |
| Sale | 06/04/09 | -284,700.00 | $23.28 | $6,627,018.84 | USD |
| | ***Sales (matched to pre-class period purchases):*** | ***-284,700.00*** | | ***$6,627,018.84*** | |
| Purchase | 07/21/09 | 468,000.00 | $20.60 | ($9,640,144.80) | USD |
| Purchase | 07/21/09 | 269,000.00 | $20.44 | ($5,498,924.90) | USD |

| Trans Type | Trade Date | Shares | Price Per Share | Cost / Proceeds | Currency |
|---|---|---|---|---|---|
| Purchase | 08/21/09 | 110,000.00 | $23.79 | ($2,616,526.00) | USD |
| Purchase | 08/21/09 | 110,000.00 | $23.79 | ($2,616,526.00) | USD |
| Purchase | 08/21/09 | 110,000.00 | $23.79 | ($2,616,460.00) | USD |
| Purchase | 08/24/09 | 815,800.00 | $24.20 | ($19,741,054.72) | USD |
| Purchase | 11/19/09 | 175,000.00 | $23.30 | ($4,077,902.50) | USD |
| Purchase | 12/10/09 | 46,900.00 | $23.02 | ($1,079,863.12) | USD |
| Purchase | 12/11/09 | 46,900.00 | $23.11 | ($1,084,074.74) | USD |
| Sale | 12/18/09 | -208,300.00 | $25.95 | $5,405,426.66 | USD |
| Purchase | 02/08/10 | 5,700.00 | $24.24 | ($138,168.00) | USD |
| Purchase | 02/08/10 | 124,870.00 | $24.64 | ($3,077,271.31) | USD |
| Purchase | 02/08/10 | 197,130.00 | $24.45 | ($4,819,986.20) | USD |
| Purchase | 02/08/10 | 6,100.00 | $24.24 | ($147,864.00) | USD |
| Purchase | 02/09/10 | 16,500.00 | $24.51 | ($404,415.00) | USD |
| Purchase | 02/09/10 | 2,800.00 | $24.51 | ($68,628.00) | USD |
| Purchase | 02/10/10 | 9,100.00 | $24.40 | ($222,040.00) | USD |
| Purchase | 02/10/10 | 13,400.00 | $24.40 | ($326,960.00) | USD |
| Purchase | 02/11/10 | 13,400.00 | $25.13 | ($336,742.00) | USD |
| Purchase | 03/01/10 | 136,000.00 | $26.68 | ($3,627,840.80) | USD |
| Purchase | 03/18/10 | 97,000.00 | $24.14 | ($2,341,405.40) | USD |
| Purchase | 03/19/10 | 600.00 | $24.21 | ($14,523.00) | USD |
| Purchase | 03/29/10 | 72,700.00 | $23.23 | ($1,688,995.48) | USD |
| Purchase | 04/16/10 | 12,200.00 | $23.88 | ($291,336.00) | USD |
| Purchase | 04/29/10 | 247,310.00 | $23.56 | ($5,825,560.17) | USD |
| Purchase | 05/19/10 | 32,111.00 | $21.70 | ($696,705.94) | USD |
| Purchase | 05/19/10 | 32,112.00 | $21.77 | ($699,068.61) | USD |
| Purchase | 05/20/10 | 58,427.00 | $21.28 | ($1,243,081.17) | USD |
| Purchase | 05/21/10 | 14,000.00 | $21.01 | ($294,140.00) | USD |
| Purchase | 06/18/10 | 10,600.00 | $24.61 | ($260,866.00) | USD |
| Purchase | 07/15/10 | 7,600.00 | $21.44 | ($162,944.00) | USD |
| Purchase | 07/16/10 | 8,500.00 | $20.87 | ($177,395.00) | USD |
| Purchase | 07/16/10 | 392,000.00 | $20.89 | ($8,187,429.60) | USD |
| Purchase | 07/27/10 | 74,330.00 | $21.16 | ($1,572,696.44) | USD |
| Purchase | 08/20/10 | 18,100.00 | $20.38 | ($368,878.00) | USD |
| Purchase | 09/14/10 | 226,000.00 | $21.55 | ($4,869,215.20) | USD |
| Purchase | 09/17/10 | 1,000.00 | $21.45 | ($21,452.50) | USD |
| Purchase | 10/25/10 | 68,580.00 | $21.34 | ($1,463,517.77) | USD |
| Purchase | 11/18/10 | 7,400.00 | $22.25 | ($164,650.00) | USD |
| Purchase | 11/19/10 | 7,400.00 | $22.64 | ($167,536.00) | USD |
| Sale | 03/03/11 | -147,000.00 | $33.47 | $4,920,780.90 | USD |
| Sale | 03/25/11 | -63,800.00 | $34.15 | $2,178,961.40 | USD |
| Sale | 04/15/11 | -10,100.00 | $32.73 | $330,573.00 | USD |
| Sale | 04/15/11 | -10,100.00 | $32.73 | $330,573.00 | USD |
| Sale | 05/20/11 | -20,500.00 | $30.62 | $627,710.00 | USD |
| Purchase | 06/06/11 | 215,000.00 | $30.27 | ($6,508,243.50) | USD |
| Purchase | 06/06/11 | 198,000.00 | $30.25 | ($5,988,510.00) | USD |
| Purchase | 06/06/11 | 95,000.00 | $30.27 | ($2,875,678.50) | USD |
| Sale | 06/17/11 | -8,513.00 | $28.02 | $238,534.26 | USD |
| Sale | 08/18/11 | -13,700.00 | $30.10 | $412,385.07 | USD |
| Sale | 08/26/11 | -89,300.00 | $29.85 | $2,665,863.97 | USD |
| Purchase | 09/16/11 | 900.00 | $31.82 | ($28,633.50) | USD |
| Sale | 10/13/11 | -11,900.00 | $26.85 | $319,515.00 | USD |

| Trans Type | Trade Date | Shares | Price Per Share | Cost / Proceeds | Currency |
|---|---|---|---|---|---|
| Sale | 10/20/11 | -12,000.00 | $27.30 | $327,600.00 | USD |
| Sale | 10/21/11 | -12,000.00 | $27.81 | $333,720.00 | USD |
| Sale | 12/15/11 | -125,000.00 | $23.07 | $2,883,825.00 | USD |
| Sale | 12/15/11 | -17,469.00 | $23.07 | $403,020.31 | USD |
| Sale | 12/15/11 | -118,531.00 | $22.87 | $2,710,472.08 | USD |
| Purchase | 01/20/12 | 8,447.00 | $20.96 | ($177,049.12) | USD |
| Sale | 02/29/12 | -1,532.00 | $25.00 | $38,300.00 | USD |
| Purchase | 03/16/12 | 1,155.00 | $25.06 | ($28,941.41) | USD |
| Purchase | 03/16/12 | 9,248.00 | $25.06 | ($231,754.88) | USD |
| Sale | 04/03/12 | -4,156.00 | $23.26 | $96,668.56 | USD |
| Purchase | 04/13/12 | 125,455.00 | $19.93 | ($2,500,556.51) | USD |
| Purchase | 04/16/12 | 7,595.00 | $19.82 | ($150,502.52) | USD |
| Purchase | 04/18/12 | 29,481.00 | $17.31 | ($510,198.19) | USD |
| Purchase | 04/20/12 | 10,508.00 | $17.44 | ($183,259.52) | USD |
| Purchase | 04/20/12 | 29,481.00 | $17.50 | ($515,808.42) | USD |
| Purchase | 04/23/12 | 24,158.00 | $17.83 | ($430,681.58) | USD |
| | **LIFO Retained purchases:** | **3,945,097.00** | **$16.53** | **$65,230,863.86** | |
| | | | **LIFO Gain/(Loss):** | **($23,327,812.94)** | |

**Value of retained purchases is the mean trading price from 05/11/2012 to 06/22/2012*