# Exhibit A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Tom Rinehart, as representative of the State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board on behalf of the Oregon Public Employee Retirement Fund ("Oregon"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chief of Staff to Oregon State Treasurer Ted Wheeler, and am authorized to execute this Certification on behalf of Oregon. I have reviewed a complaint filed in this matter. Oregon has authorized the filing of this motion for appointment as lead plaintiff.

2. Oregon did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Oregon is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Oregon fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Oregon's transactions in the Chesapeake Energy Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Oregon has sought to serve and was appointed as a lead plaintiff on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Apollo Group, Inc. Securities Litigation,*
Case No. 10-cv-1735 (D. Ariz)

*In re Bank of New York Mellon Corporation Foreign Exchange Transactions Litigation,* Case No. 12-md-2335 (S.D.N.Y.)

6. Oregon has served as a named plaintiff on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Maine State Retirement System, et al., v. Countrywide Financial Corporation et al.,* Case No. 10-cv-302 (C.D. Cal.)

7. Oregon will not accept any payment for serving as a representative party on behalf of the Class beyond Oregon's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22ND day of June 2012.

Tom Rinehart
Chief of Staff
Oregon State Treasurer Ted Wheeler
*The State of Oregon, by and through the Oregon*
*State Treasurer and the Oregon Public*
*Employee Retirement Board on behalf of the*
*Oregon Public Employee Retirement Fund*

**Oregon Transactions in Chesapeake Energy Corporation (CHK)**

| Transaction | Trade Date | Shares | Price |
|---|---|---|---|
| Purchase | 5/19/2009 | 8,237 | 21.9859 |
| Purchase | 6/22/2009 | 9,966 | 20.2000 |
| Purchase | 6/22/2009 | 17,981 | 20.0461 |
| Purchase | 8/10/2009 | 600 | 24.3990 |
| Purchase | 10/1/2009 | 400 | 26.9700 |
| Purchase | 10/2/2009 | 51,900 | 26.6462 |
| Purchase | 10/22/2009 | 3,700 | 27.6918 |
| Purchase | 12/2/2009 | 200 | 23.8047 |
| Purchase | 1/8/2010 | 3,300 | 28.8369 |
| Purchase | 1/8/2010 | 200 | 28.8400 |
| Purchase | 3/8/2010 | 300 | 25.5165 |
| Purchase | 4/20/2010 | 12,300 | 23.9553 |
| Purchase | 7/2/2010 | 2,400 | 20.5026 |
| Purchase | 10/21/2010 | 600 | 21.9190 |
| Purchase | 3/3/2011 | 100 | 33.3800 |
| Purchase | 4/18/2011 | 300 | 31.3800 |
| Purchase | 6/17/2011 | 19,800 | 28.1717 |
| Purchase | 6/28/2011 | 600 | 28.3793 |
| Purchase | 8/2/2011 | 11,000 | 35.2300 |
| Purchase | 8/2/2011 | 128,175 | 34.5923 |
| Purchase | 8/4/2011 | 200 | 31.5325 |
| Purchase | 10/12/2011 | 13,392 | 26.7500 |
| Purchase | 10/19/2011 | 3,710 | 27.5010 |
| Purchase | 11/29/2011 | 400 | 23.9100 |
| Purchase | 1/17/2012 | 200 | 20.8750 |
| Purchase | 3/6/2012 | 300 | 23.6450 |
| Purchase | 4/9/2012 | 200 | 21.4575 |
| Purchase | 4/11/2012 | 300 | 20.3050 |
| Purchase | 4/18/2012 | 1,000 | 17.4070 |
| Purchase | 5/3/2012 | 8,200 | 17.0380 |
| Purchase | 5/3/2012 | 8,700 | 17.1054 |
| Sale | 5/22/2009 | (1,300) | 20.5008 |
| Sale | 7/9/2009 | (2,900) | 18.0020 |
| Sale | 12/14/2009 | (3,908) | 24.5886 |
| Sale | 1/21/2010 | (4,929) | 27.4012 |
| Sale | 8/19/2010 | (50) | 20.7200 |
| Sale | 10/1/2010 | (55,200) | 22.9113 |
| Sale | 2/18/2011 | (50) | 30.4300 |
| Sale | 5/10/2011 | (1,400) | 31.5268 |
| Sale | 10/6/2011 | (6,200) | 25.8335 |
| Sale | 4/24/2012 | (94,975) | 17.9576 |
| Sale | 4/24/2012 | (10,500) | 17.9016 |

3

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Dori Zermi, on behalf of Clal Pension & Provident Fund Ltd. (reg No.

51.224414.6) ("Clal Pension") make this declaration pursuant to Section 21D(a)(2) of the Securities

Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Chesapeake Energy Corporation ("Chesapeake"),

and authorize the filing of a motion on Clal Pension's behalf for appointment as lead plaintiff.

3.     Clal Pension did not purchase or acquire Chesapeake securities at the direction of

plaintiffs counsel or in order to participate in any private action arising under the Securities

Exchange Act of 1934.

4.   Clal Pension is willing to serve as a representative party on behalf of a Class of investors

who purchased or acquired Chesapeake during the class period, including providing testimony at

deposition and trial, if necessary. I understand that the Court has the authority to select the most

adequate lead plaintiff in this action.

5.   To the best of my current knowledge, the attached sheet lists all of Clal Pension's

transactions in Chesapeake securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, Clal

Pension has not sought to serve as a representative party on behalf of a class under the federal

securities laws.

7.   Clal Pension agrees not to accept any payment for serving as a representative party on

behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except

such reasonable costs and expenses directly relating to the representation of the class as ordered or

approved by the Court.

8.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed**  ___17/6/12___ , **at**  ___TEL AVIV , ISRAEL___
            (Date)                        (City, State)

_____
(Signature)

___DORI ZARMI___
(Type or Print Name)

___HEAD OF FOREIGN INVESTMENTS DEPT.___
(Title)

CHESAPEAKE ENERGY CORP

Schedule A
CLAL

| CLAL A/Cs | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 12410 | 8/5/2009 | PUR | 2,955.00 | $23.6900 |
| 12410 | 2/14/2012 | PUR | 12.10 | $24.7100 |
| 12410 | 3/2/2012 | SLD | 0.10 | $23.0000 |
| 12410 | 3/20/2012 | SLD | 340.00 | $25.7300 |
| 14456 | 8/11/2009 | PUR | 447.00 | $23.8800 |
| 14456 | 2/14/2012 | PUR | 1.83 | $24.7100 |
| 14456 | 3/2/2012 | PUR | 0.17 | $23.0000 |
| 14456 | 3/20/2012 | SLD | 160.00 | $25.7300 |
| 16092 | 7/18/2011 | PUR | 1,075.00 | $32.5100 |
| 16092 | 12/7/2011 | PUR | 215.00 | $25.3700 |
| 16092 | 2/10/2012 | PUR | 460.00 | $21.7600 |
| 16092 | 2/14/2012 | PUR | 5.28 | $24.7100 |
| 16092 | 3/2/2012 | PUR | 0.72 | $23.0000 |
| 16092 | 3/20/2012 | SLD | 56.00 | $25.7300 |
| 16602 | 5/20/2009 | PUR | 15,240.00 | $22.2300 |
| 16602 | 7/7/2009 | PUR | 4,275.00 | $17.5300 |
| 16602 | 7/21/2009 | PUR | 2,900.00 | $20.6000 |
| 16602 | 1/5/2010 | PUR | 22,400.00 | $28.9800 |
| 16602 | 3/17/2010 | PUR | 13,600.00 | $25.4500 |
| 16602 | 2/22/2011 | SLD | 30,125.00 | $32.0600 |
| 16602 | 7/18/2011 | PUR | 40,347.00 | $32.5100 |
| 16602 | 8/11/2011 | PUR | 6,700.00 | $29.4700 |
| 16602 | 12/7/2011 | PUR | 12,760.00 | $25.3700 |
| 16602 | 2/10/2012 | PUR | 15,040.00 | $21.7600 |
| 16602 | 2/14/2012 | PUR | 360.70 | $24.7100 |
| 16602 | 3/2/2012 | PUR | 0.30 | $23.0000 |
| 16602 | 3/20/2012 | SLD | 12,833.00 | $25.7300 |
| 16611 | 3/17/2010 | PUR | 200.00 | $25.4500 |
| 16611 | 2/22/2011 | SLD | 100.00 | $32.0600 |
| 16611 | 7/18/2011 | PUR | 1,075.00 | $32.5100 |
| 16611 | 12/7/2011 | PUR | 175.00 | $25.3700 |
| 16611 | 2/10/2012 | PUR | 450.00 | $21.7600 |
| 16611 | 2/14/2012 | PUR | 5.53 | $24.7100 |
| 16611 | 3/2/2012 | SLD | 0.53 | $23.0000 |
| 16611 | 3/20/2012 | SLD | 55.00 | $25.7300 |
| 19016 | 5/20/2009 | PUR | 7,250.00 | $22.2300 |
| 19016 | 7/7/2009 | PUR | 4,275.00 | $17.5300 |
| 19016 | 7/21/2009 | PUR | 1,900.00 | $20.6000 |
| 19016 | 1/5/2010 | PUR | 12,000.00 | $28.9800 |
| 19016 | 3/17/2010 | PUR | 6,200.00 | $25.4500 |
| 19016 | 2/22/2011 | SLD | 16,275.00 | $32.0600 |
| 19016 | 7/18/2011 | PUR | 19,150.00 | $32.5100 |
| 19016 | 8/11/2011 | PUR | 3,500.00 | $29.4700 |
| 19016 | 12/7/2011 | PUR | 6,350.00 | $25.3700 |
| 19016 | 2/10/2012 | PUR | 7,050.00 | $21.7600 |
| 19016 | 2/14/2012 | PUR | 181.58 | $24.7100 |
| 19016 | 3/2/2012 | SLD | 0.58 | $23.0000 |
| 19016 | 3/20/2012 | SLD | 7,456.00 | $25.7300 |

CHESAPEAKE ENERGY CORP

Schedule A
CLAL

| CLAL A/Cs | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 1-1-00344004 | 8/3/2009 | PUR | 450 | $22.2200 |
| 1-1-00344004 | 8/12/2009 | PUR | 8 | $23.6029 |
| 1-1-00344004 | 11/17/2010 | PUR | 83 | $22.0868 |
| 1-1-00344004 | 2/22/2011 | SLD | 243 | $32.0648 |
| 1-1-00344004 | 6/6/2011 | PUR | 157 | $30.1755 |
| 1-1-00344004 | 7/18/2011 | PUR | 296 | $32.5144 |
| 1-1-00344004 | 8/5/2011 | PUR | 61 | $30.9056 |
| 1-1-00344004 | 12/13/2011 | PUR | 198 | $24.2239 |
| 1-1-00344004 | 2/7/2012 | PUR | 662 | $22.1232 |
| 1-1-00344004 | 3/20/2012 | SLD | 145 | $25.7322 |
| | | | | |
| 1-1-00444001 | 5/7/2009 | PUR | 690 | $22.1100 |
| 1-1-00444001 | 8/12/2009 | PUR | 93 | $23.6029 |
| 1-1-00444001 | 11/17/2010 | PUR | 250 | $22.0868 |
| 1-1-00444001 | 2/22/2011 | SLD | 463 | $32.0648 |
| 1-1-00444001 | 6/6/2011 | PUR | 405 | $30.1755 |
| 1-1-00444001 | 7/18/2011 | PUR | 761 | $32.5144 |
| 1-1-00444001 | 8/5/2011 | PUR | 156 | $30.9056 |
| 1-1-00444001 | 12/13/2011 | PUR | 509 | $24.2239 |
| 1-1-00444001 | 2/7/2012 | PUR | 520 | $22.1232 |
| 1-1-00444001 | 3/20/2012 | SLD | 365 | $25.7322 |
| | | | | |
| 1-1-00444002 | 5/7/2009 | PUR | 1,192 | $22.1100 |
| 1-1-00444002 | 5/7/2009 | PUR | 2,686 | $22.1100 |
| 1-1-00444002 | 8/12/2009 | PUR | 524 | $23.6029 |
| 1-1-00444002 | 11/17/2010 | PUR | 1,590 | $22.0868 |
| 1-1-00444002 | 2/22/2011 | SLD | 2,686 | $32.0648 |
| 1-1-00444002 | 6/6/2011 | PUR | 2,499 | $30.1755 |
| 1-1-00444002 | 7/18/2011 | PUR | 4,697 | $32.5144 |
| 1-1-00444002 | 8/5/2011 | PUR | 960 | $30.9056 |
| 1-1-00444002 | 12/13/2011 | PUR | 3,139 | $24.2239 |
| 1-1-00444002 | 3/28/2012 | SLD | 1,590 | $22.0868 |
| 1-1-00444002 | 3/28/2012 | SLD | 3,139 | $24.2239 |
| 1-1-00444002 | 3/28/2012 | SLD | 2,499 | $30.1755 |
| 1-1-00444002 | 3/28/2012 | SLD | 960 | $30.9056 |
| 1-1-00444002 | 3/28/2012 | SLD | 4,697 | $32.5144 |
| 1-1-00444002 | 3/28/2012 | SLD | 1,192 | $22.1100 |
| 1-1-00444002 | 3/28/2012 | SLD | 524 | $23.6029 |
| | | | | |
| 1-1-00444004 | 5/7/2009 | PUR | 1,547 | $22.1100 |
| 1-1-00444004 | 5/7/2009 | PUR | 797 | $22.1100 |
| 1-1-00444004 | 8/12/2009 | PUR | 306 | $23.6029 |
| 1-1-00444004 | 11/17/2010 | PUR | 801 | $22.0868 |
| 1-1-00444004 | 2/22/2011 | SLD | 1,547 | $32.0648 |
| 1-1-00444004 | 6/6/2011 | PUR | 1,284 | $30.1755 |
| 1-1-00444004 | 7/18/2011 | PUR | 2,413 | $32.5144 |
| 1-1-00444004 | 8/5/2011 | PUR | 493 | $30.9056 |
| 1-1-00444004 | 12/13/2011 | PUR | 1,613 | $24.2239 |
| 1-1-00444004 | 3/28/2012 | SLD | 493 | $30.9056 |
| 1-1-00444004 | 3/28/2012 | SLD | 1,284 | $30.1755 |
| 1-1-00444004 | 3/28/2012 | SLD | 801 | $22.0868 |
| 1-1-00444004 | 3/28/2012 | SLD | 1,613 | $24.2239 |
| 1-1-00444004 | 3/28/2012 | SLD | 306 | $23.6029 |
| 1-1-00444004 | 3/28/2012 | SLD | 797 | $22.1100 |

CHESAPEAKE ENERGY CORP

| CLAL A/Cs | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 1-1-00444004 | 3/28/2012 | SLD | 2,413 | $32.5144 |
| 1-1-00444005 | 5/7/2009 | PUR | 4,846 | $22.1100 |
| 1-1-00444005 | 8/12/2009 | PUR | 1,287 | $23.6029 |
| 1-1-00444005 | 11/17/2010 | PUR | 3,156 | $22.0868 |
| 1-1-00444005 | 2/22/2011 | SLD | 4,165 | $32.0648 |
| 1-1-00444005 | 6/6/2011 | PUR | 6,755 | $30.1755 |
| 1-1-00444005 | 7/18/2011 | PUR | 12,695 | $32.5144 |
| 1-1-00444005 | 8/5/2011 | PUR | 2,595 | $30.9056 |
| 1-1-00444005 | 12/13/2011 | PUR | 8,485 | $24.2239 |
| 1-1-00444005 | 2/7/2012 | PUR | 15,618 | $22.1232 |
| 1-1-00444005 | 3/20/2012 | SLD | 10,617 | $25.7322 |
| 1-1-00444006 | 5/7/2009 | PUR | 3,400 | $22.1100 |
| 1-1-00444006 | 8/12/2009 | PUR | 450 | $23.6029 |
| 1-1-00444006 | 11/17/2010 | PUR | 1,261 | $22.0868 |
| 1-1-00444006 | 2/22/2011 | SLD | 2,291 | $32.0648 |
| 1-1-00444006 | 6/6/2011 | PUR | 2,024 | $30.1755 |
| 1-1-00444006 | 7/18/2011 | PUR | 3,804 | $32.5144 |
| 1-1-00444006 | 8/5/2011 | PUR | 777 | $30.9056 |
| 1-1-00444006 | 12/13/2011 | PUR | 2,542 | $24.2239 |
| 1-1-00444006 | 2/7/2012 | PUR | 4,339 | $22.1232 |
| 1-1-00444006 | 3/20/2012 | SLD | 3,100 | $25.7322 |
| 1-1-00444007 | 5/7/2009 | PUR | 455 | $22.1100 |
| 1-1-00444007 | 8/12/2009 | PUR | 65 | $23.6029 |
| 1-1-00444007 | 11/17/2010 | PUR | 161 | $22.0868 |
| 1-1-00444007 | 2/22/2011 | SLD | 305 | $32.0648 |
| 1-1-00444007 | 6/6/2011 | PUR | 226 | $30.1755 |
| 1-1-00444007 | 7/18/2011 | PUR | 425 | $32.5144 |
| 1-1-00444007 | 8/5/2011 | PUR | 87 | $30.9056 |
| 1-1-00444007 | 12/13/2011 | PUR | 284 | $24.2239 |
| 1-1-00444007 | 2/7/2012 | PUR | 746 | $22.1232 |
| 1-1-00444007 | 3/20/2012 | SLD | 155 | $25.7322 |
| 1-1-00444009 | 5/7/2009 | PUR | 186 | $22.1100 |
| 1-1-00444009 | 5/7/2009 | PUR | 96 | $22.1100 |
| 1-1-00444009 | 8/12/2009 | PUR | 38 | $23.6029 |
| 1-1-00444009 | 11/17/2010 | PUR | 94 | $22.0868 |
| 1-1-00444009 | 2/22/2011 | SLD | 186 | $32.0648 |
| 1-1-00444009 | 6/6/2011 | PUR | 144 | $30.1755 |
| 1-1-00444009 | 7/18/2011 | PUR | 271 | $32.5144 |
| 1-1-00444009 | 8/5/2011 | PUR | 55 | $30.9056 |
| 1-1-00444009 | 12/13/2011 | PUR | 181 | $24.2239 |
| 1-1-00444009 | 3/28/2012 | SLD | 96 | $22.1100 |
| 1-1-00444009 | 3/28/2012 | SLD | 271 | $32.5144 |
| 1-1-00444009 | 3/28/2012 | SLD | 55 | $30.9056 |
| 1-1-00444009 | 3/28/2012 | SLD | 94 | $22.0868 |
| 1-1-00444009 | 3/28/2012 | SLD | 144 | $30.1755 |
| 1-1-00444009 | 3/28/2012 | SLD | 38 | $23.6029 |
| 1-1-00444009 | 3/28/2012 | SLD | 181 | $24.2239 |

CHESAPEAKE ENERGY CORP

| CLAL A/Cs | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 1-1-00444010 | 5/7/2009 | PUR | 1,193 | $22.1100 |
| 1-1-00444010 | 8/12/2009 | PUR | 144 | $23.6029 |
| 1-1-00444010 | 11/17/2010 | PUR | 365 | $22.0868 |
| 1-1-00444010 | 2/22/2011 | SLD | 763 | $32.0648 |
| 1-1-00444010 | 6/6/2011 | PUR | 556 | $30.1755 |
| 1-1-00444010 | 7/18/2011 | PUR | 1,045 | $32.5144 |
| 1-1-00444010 | 8/5/2011 | PUR | 214 | $30.9056 |
| 1-1-00444010 | 12/13/2011 | PUR | 698 | $24.2239 |
| 1-1-00444010 | 2/7/2012 | PUR | 701 | $22.1232 |
| 1-1-00444010 | 3/20/2012 | SLD | 510 | $25.7322 |
| | | | | |
| 1-1-00444011 | 5/7/2009 | PUR | 512 | $22.1100 |
| 1-1-00444011 | 8/12/2009 | PUR | 130 | $23.6029 |
| 1-1-00444011 | 11/17/2010 | PUR | 1,182 | $22.0868 |
| 1-1-00444011 | 12/23/2010 | PUR | 753 | $25.3704 |
| 1-1-00444011 | 12/23/2010 | PUR | 3,172 | $25.3704 |
| 1-1-00444011 | 2/22/2011 | SLD | 2,577 | $32.0648 |
| 1-1-00444011 | 6/6/2011 | PUR | 2,112 | $30.1755 |
| 1-1-00444011 | 7/18/2011 | PUR | 3,970 | $32.5144 |
| 1-1-00444011 | 8/5/2011 | PUR | 811 | $30.9056 |
| 1-1-00444011 | 12/13/2011 | PUR | 2,653 | $24.2239 |
| 1-1-00444011 | 3/28/2012 | SLD | 3,970 | $32.5144 |
| 1-1-00444011 | 3/28/2012 | SLD | 2,112 | $30.1755 |
| 1-1-00444011 | 3/28/2012 | SLD | 811 | $30.9056 |
| 1-1-00444011 | 3/28/2012 | SLD | 2,653 | $24.2239 |
| 1-1-00444011 | 3/28/2012 | SLD | 3,172 | $25.3704 |
| | | | | |
| 1-1-00444100 | 5/7/2009 | PUR | 261 | $22.1100 |
| 1-1-00444100 | 5/7/2009 | PUR | 119 | $22.1100 |
| 1-1-00444100 | 8/12/2009 | PUR | 52 | $23.6029 |
| 1-1-00444100 | 11/17/2010 | PUR | 150 | $22.0868 |
| 1-1-00444100 | 2/22/2011 | SLD | 261 | $32.0648 |
| 1-1-00444100 | 6/6/2011 | PUR | 228 | $30.1755 |
| 1-1-00444100 | 7/18/2011 | PUR | 428 | $32.5144 |
| 1-1-00444100 | 8/5/2011 | PUR | 87 | $30.9056 |
| 1-1-00444100 | 12/13/2011 | PUR | 286 | $24.2239 |
| 1-1-00444100 | 3/28/2012 | SLD | 286 | $24.2239 |
| 1-1-00444100 | 3/28/2012 | SLD | 52 | $23.6029 |
| 1-1-00444100 | 3/28/2012 | SLD | 428 | $32.5144 |
| 1-1-00444100 | 3/28/2012 | SLD | 150 | $22.0868 |
| 1-1-00444100 | 3/28/2012 | SLD | 87 | $30.9056 |
| 1-1-00444100 | 3/28/2012 | SLD | 228 | $30.1755 |
| 1-1-00444100 | 3/28/2012 | SLD | 119 | $22.1100 |
| | | | | |
| 1-1-00444102 | 5/7/2009 | PUR | 20 | $22.1099 |
| 1-1-00444102 | 8/12/2009 | PUR | 3 | $23.6263 |
| 1-1-00444102 | 11/17/2010 | PUR | 7 | $22.0866 |
| 1-1-00444102 | 2/22/2011 | SLD | 13 | $32.0647 |
| 1-1-00444102 | 6/6/2011 | PUR | 10 | $30.1756 |
| 1-1-00444102 | 7/18/2011 | PUR | 18 | $32.5143 |
| 1-1-00444102 | 8/5/2011 | PUR | 4 | $30.9368 |
| 1-1-00444102 | 12/13/2011 | PUR | 12 | $24.2239 |
| 1-1-00444102 | 2/7/2012 | PUR | 14 | $22.1231 |
| 1-1-00444102 | 3/20/2012 | SLD | 8 | $25.7322 |

CHESAPEAKE ENERGY CORP

Schedule A
CLAL

| CLAL A/Cs | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 11-531-00024442 | 5/26/2010 | PUR | 13 | $21.0520 |
| 11-531-00024442 | 10/18/2010 | PUR | 24 | $23.4180 |
| 11-531-00024442 | 11/22/2010 | PUR | 32 | $22.0860 |
| 11-531-00024442 | 12/19/2010 | SLD | 69 | $23.3000 |
| 11-531-00113972 | 5/11/2009 | PUR | 391 | $21.4690 |
| 11-531-00113972 | 5/21/2009 | PUR | 132 | $20.7470 |
| 11-531-00113972 | 5/26/2010 | PUR | 461 | $21.0520 |
| 11-531-00113972 | 10/18/2010 | PUR | 707 | $23.4180 |
| 11-531-00113972 | 11/22/2010 | PUR | 937 | $22.0860 |
| 11-531-00113972 | 2/10/2011 | SLD | 507 | $31.2060 |
| 11-531-00113972 | 2/14/2011 | SLD | 246 | $31.3320 |
| 11-531-00113972 | 2/25/2011 | SLD | 771 | $32.0640 |
| 11-531-00113972 | 5/6/2011 | PUR | 901 | $31.9170 |
| 11-531-00113972 | 7/21/2011 | PUR | 1,267 | $32.5140 |
| 11-531-00113972 | 12/23/2011 | PUR | 1,122 | $22.7490 |
| 11-531-00113972 | 1/5/2012 | SLD | 4,394 | $23.8600 |
| 11-531-00113980 | 5/11/2009 | PUR | 69 | $21.4690 |
| 11-531-00113980 | 5/21/2009 | PUR | 117 | $20.7470 |
| 11-531-00113980 | 5/26/2010 | PUR | 345 | $21.0520 |
| 11-531-00113980 | 10/18/2010 | PUR | 497 | $23.4180 |
| 11-531-00113980 | 11/22/2010 | PUR | 659 | $22.0860 |
| 11-531-00113980 | 2/10/2011 | SLD | 325 | $31.2060 |
| 11-531-00113980 | 2/14/2011 | SLD | 158 | $31.3320 |
| 11-531-00113980 | 2/25/2011 | SLD | 495 | $32.0640 |
| 11-531-00113980 | 5/6/2011 | PUR | 633 | $31.9170 |
| 11-531-00113980 | 7/21/2011 | PUR | 891 | $32.5140 |
| 11-531-00113980 | 12/23/2011 | PUR | 789 | $22.7490 |
| 11-531-00113980 | 1/9/2012 | PUR | 860 | $23.8940 |
| 11-531-00113980 | 2/15/2012 | PUR | 16 | $21.3710 |
| 11-531-00260010 | 5/21/2009 | PUR | 37 | $20.7470 |
| 11-531-00260010 | 5/26/2010 | PUR | 23 | $21.0520 |
| 11-531-00260010 | 10/18/2010 | PUR | 31 | $23.4180 |
| 11-531-00260010 | 3/7/2011 | SLD | 91 | $33.1200 |
| 11-531-00338028 | 5/11/2009 | PUR | 322 | $21.4690 |
| 11-531-00338028 | 5/21/2009 | PUR | 125 | $20.7470 |
| 11-531-00338028 | 5/26/2010 | PUR | 147 | $21.0520 |
| 11-531-00338028 | 10/18/2010 | PUR | 218 | $23.4180 |
| 11-531-00338028 | 11/22/2010 | PUR | 290 | $22.0860 |
| 11-531-00338028 | 2/10/2011 | SLD | 213 | $31.2060 |
| 11-531-00338028 | 2/14/2011 | SLD | 103 | $31.3320 |
| 11-531-00338028 | 2/25/2011 | SLD | 323 | $32.0640 |
| 11-531-00338028 | 5/6/2011 | PUR | 278 | $31.9170 |
| 11-531-00338028 | 7/21/2011 | PUR | 391 | $32.5140 |
| 11-531-00338028 | 12/23/2011 | PUR | 347 | $22.7490 |
| 11-531-00338028 | 1/8/2012 | SLD | 1,479 | $23.9800 |
| 11-531-00431060 | 5/11/2009 | PUR | 2,438 | $21.4690 |
| 11-531-00431060 | 5/21/2009 | PUR | 1,049 | $20.7470 |
| 11-531-00431060 | 5/26/2010 | PUR | 1,216 | $21.0520 |

**CHESAPEAKE ENERGY CORP**

Schedule A
CLAL

| CLAL A/Cs | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 11-531-00431060 | 10/18/2010 | PUR | 1,789 | $23.4180 |
| 11-531-00431060 | 11/22/2010 | PUR | 2,371 | $22.0860 |
| 11-531-00431060 | 2/10/2011 | SLD | 1,710 | $31.2060 |
| 11-531-00431060 | 2/14/2011 | SLD | 831 | $31.3320 |
| 11-531-00431060 | 2/25/2011 | SLD | 2,599 | $32.0640 |
| 11-531-00431060 | 5/6/2011 | PUR | 2,279 | $31.9170 |
| 11-531-00431060 | 7/21/2011 | PUR | 3,205 | $32.5140 |
| 11-531-00431060 | 12/23/2011 | PUR | 2,839 | $22.7490 |
| 11-531-00431060 | 1/5/2012 | SLD | 12,046 | $23.8600 |
| 11-531-00540005 | 5/11/2009 | PUR | 2,093 | $21.4690 |
| 11-531-00540005 | 5/21/2009 | PUR | 804 | $20.7470 |
| 11-531-00540005 | 5/26/2010 | PUR | 936 | $21.0520 |
| 11-531-00540005 | 10/18/2010 | PUR | 1,355 | $23.4180 |
| 11-531-00540005 | 11/22/2010 | PUR | 1,797 | $22.0860 |
| 11-531-00540005 | 2/10/2011 | SLD | 1,348 | $31.2060 |
| 11-531-00540005 | 2/14/2011 | SLD | 655 | $31.3320 |
| 11-531-00540005 | 2/25/2011 | SLD | 2,048 | $32.0640 |
| 11-531-00540005 | 5/6/2011 | PUR | 1,727 | $31.9170 |
| 11-531-00540005 | 7/21/2011 | PUR | 2,429 | $32.5140 |
| 11-531-00540005 | 12/23/2011 | PUR | 2,151 | $22.7490 |
| 11-531-00540005 | 1/9/2012 | PUR | 2,064 | $23.8940 |
| 11-531-00540005 | 2/15/2012 | PUR | 46 | $21.3710 |
| 11-531-00540005 | 3/23/2012 | SLD | 1,459 | $25.7320 |
| 11-531-00563110 | 5/11/2009 | PUR | 345 | $21.4690 |
| 11-531-00563110 | 5/21/2009 | PUR | 162 | $20.7470 |
| 11-531-00563110 | 5/26/2010 | PUR | 187 | $21.0520 |
| 11-531-00563110 | 10/18/2010 | PUR | 265 | $23.4180 |
| 11-531-00563110 | 11/22/2010 | PUR | 351 | $22.0860 |
| 11-531-00563110 | 2/10/2011 | SLD | 253 | $31.2060 |
| 11-531-00563110 | 2/14/2011 | SLD | 123 | $31.3320 |
| 11-531-00563110 | 2/25/2011 | SLD | 384 | $32.0640 |
| 11-531-00563110 | 5/6/2011 | PUR | 337 | $31.9170 |
| 11-531-00563110 | 7/21/2011 | PUR | 475 | $32.5140 |
| 11-531-00563110 | 12/23/2011 | PUR | 420 | $22.7490 |
| 11-531-00563110 | 1/8/2012 | SLD | 1,782 | $23.9800 |
| 11-531-00732109 | 5/11/2009 | PUR | 17,342 | $21.4690 |
| 11-531-00732109 | 5/21/2009 | PUR | 7,174 | $20.7470 |
| 11-531-00732109 | 5/26/2010 | PUR | 8,372 | $21.0520 |
| 11-531-00732109 | 10/18/2010 | PUR | 12,314 | $23.4180 |
| 11-531-00732109 | 11/22/2010 | PUR | 16,363 | $22.0860 |
| 11-531-00732109 | 2/10/2011 | SLD | 11,894 | $31.2060 |
| 11-531-00732109 | 2/14/2011 | SLD | 5,784 | $31.3320 |
| 11-531-00732109 | 2/25/2011 | SLD | 18,080 | $32.0640 |
| 11-531-00732109 | 5/6/2011 | PUR | 15,755 | $31.9170 |
| 11-531-00732109 | 7/21/2011 | PUR | 22,165 | $32.5140 |
| 11-531-00732109 | 12/23/2011 | PUR | 19,632 | $22.7490 |
| 11-531-00732109 | 1/9/2012 | PUR | 25,076 | $23.8940 |
| 11-531-00732109 | 2/15/2012 | PUR | 524 | $21.3710 |
| 11-531-00732109 | 3/23/2012 | SLD | 17,041 | $25.7320 |

**CHESAPEAKE ENERGY CORP**

Schedule A
CLAL

| CLAL A/Cs | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 12-509-00005020 | 5/21/2009 | PUR | 2,304 | $20.7978 |
| 12-509-00005020 | 5/26/2010 | PUR | 2,898 | $21.0985 |
| 12-509-00005020 | 10/18/2010 | PUR | 3,612 | $23.4489 |
| 12-509-00005020 | 11/22/2010 | PUR | 3,822 | $22.1164 |
| 12-509-00005020 | 2/10/2011 | SLD | 3,576 | $31.1671 |
| 12-509-00005020 | 2/14/2011 | SLD | 2,062 | $31.2928 |
| 12-509-00005020 | 2/25/2011 | SLD | 4,080 | $32.0021 |
| 12-509-00005020 | 5/6/2011 | PUR | 3,944 | $31.9794 |
| 12-509-00005020 | 7/21/2011 | PUR | 6,473 | $32.5768 |
| 12-509-00005020 | 12/23/2011 | PUR | 7,280 | $22.7975 |
| 12-509-00005020 | 1/9/2012 | PUR | 5,600 | $23.9263 |
| 12-509-00005020 | 3/23/2012 | SLD | 3,377 | $25.6810 |
| 12-509-00005462 | 5/21/2009 | PUR | 2,496 | $20.7978 |
| 12-509-00005462 | 5/26/2010 | PUR | 3,402 | $21.0985 |
| 12-509-00005462 | 10/18/2010 | PUR | 4,988 | $23.4489 |
| 12-509-00005462 | 11/22/2010 | PUR | 5,278 | $22.1164 |
| 12-509-00005462 | 2/10/2011 | SLD | 4,574 | $31.1671 |
| 12-509-00005462 | 2/14/2011 | SLD | 2,638 | $31.2928 |
| 12-509-00005462 | 2/25/2011 | SLD | 5,220 | $32.0021 |
| 12-509-00005462 | 5/6/2011 | PUR | 5,446 | $31.9794 |
| 12-509-00005462 | 7/21/2011 | PUR | 8,940 | $32.5768 |
| 12-509-00005462 | 12/23/2011 | PUR | 10,920 | $22.7976 |
| 12-509-00005462 | 1/9/2012 | PUR | 8,400 | $23.9263 |
| 12-509-00005462 | 3/23/2012 | SLD | 4,823 | $25.6810 |

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.    I, _Emanuel Sidi_____, on behalf of IBI AMBAN INVESTMENT

MANAGEMENT LTD. ("IBI") make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of

1934 as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Chesapeake Energy Corporation ("Chesapeake"), and authorize the

filing of a motion on IBI's behalf for appointment as lead plaintiff.

3. IBI did not purchase or acquire Chesapeake securities at the direction of plaintiffs counsel or in order to

participate in any private action arising under the Securities Exchange Act of 1934.

4. IBI is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired

Chesapeake during the class period, including providing testimony at deposition and trial, if necessary. I understand that

the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of IBI's transactions in Chesapeake

securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, IBI has not sought to

serve as a representative party on behalf of a class under the federal securities laws.

7. IBI agrees not to accept any payment for serving as a representative party on behalf of the class as set forth

in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to

the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true

and correct.

Executed _20/6/2012_____, at _____Tel-Aviv, Israel._____
         (Date)                              (City, State)

                                    _____
                                         (Signature)
                    Emanuel /Sidi      אי. בי. אי - אמבן
                                    ניהול השקעות בע"מ
                                    עמי סידו - מנכ"ל
                                    מספר רישיון 1544
                                       (Type or Print Name)

                                    _____
                                         C.E.O
                                         (Title)

**CHESAPEAKE ENERGY CORP**                                    Schedule A
                                                                      IBI

| IBI A/C | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 14880 | 11/8/2011 | PUR | 3,500 | $26.6747 |
| 15339 | 12/5/2011 | PUR | 79 | $25.8000 |
| 15339 | 12/12/2011 | PUR | 20 | $24.0200 |
| 15339 | 12/22/2011 | PUR | 27 | $23.1000 |
| 15339 | 12/28/2011 | PUR | 5 | $22.9900 |
| 15339 | 1/9/2012 | PUR | 5 | $23.4500 |
| 15339 | 1/11/2012 | PUR | 44 | $22.7600 |
| 15339 | 2/9/2012 | PUR | 84 | $22.3000 |
| 15339 | 2/22/2012 | PUR | 43 | $24.2200 |
| 15339 | 2/28/2012 | PUR | 69 | $25.1900 |
| 15339 | 3/12/2012 | PUR | 75 | $24.1000 |
| 15339 | 3/19/2012 | PUR | 58 | $25.3400 |
| 15339 | 3/26/2012 | PUR | 66 | $24.3000 |
| 15339 | 4/2/2012 | PUR | 87 | $23.1400 |
| 15339 | 4/10/2012 | PUR | 46 | $21.7000 |
| 15339 | 4/16/2012 | PUR | 463 | $19.9000 |
| 15339 | 5/3/2012 | PUR | 352 | $17.0482 |
| 15339 | 5/8/2012 | PUR | 36 | $17.0700 |
| 15347 | 12/5/2011 | PUR | 153 | $25.8000 |
| 15347 | 12/12/2011 | PUR | 1 | $24.0200 |
| 15347 | 12/22/2011 | PUR | 8 | $23.1000 |
| 15347 | 12/29/2011 | PUR | 24 | $22.9900 |
| 15347 | 1/9/2012 | PUR | 21 | $23.4500 |
| 15347 | 1/11/2012 | PUR | 10 | $22.7600 |
| 15347 | 1/31/2012 | PUR | 80 | $21.3000 |
| 15347 | 2/8/2012 | PUR | 40 | $22.4000 |
| 15347 | 2/21/2012 | PUR | 682 | $24.7864 |
| 15347 | 4/2/2012 | PUR | 246 | $23.1400 |
| 15347 | 4/10/2012 | PUR | 222 | $21.7000 |
| 15347 | 4/16/2012 | PUR | 333 | $19.9000 |
| 15347 | 5/3/2012 | PUR | 483 | $17.0482 |
| 16581 | 1/6/2011 | PUR | 1,200 | $27.0985 |
| 16581 | 10/3/2011 | PUR | 550 | $24.6342 |
| 16581 | 1/19/2012 | PUR | 198 | $21.1467 |
| 16742 | 1/11/2011 | PUR | 4,000 | $27.0055 |
| 16742 | 10/3/2011 | PUR | 5,322 | $24.6342 |
| 16742 | 11/21/2011 | PUR | 3,300 | $23.7100 |
| 16742 | 1/19/2012 | PUR | 4,532 | $21.1467 |
| 17340 | 10/28/2011 | PUR | 650 | $27.6600 |
| 17684 | 11/8/2011 | PUR | 16,000 | $26.6747 |
| 18460 | 10/28/2011 | PUR | 28,000 | $27.6600 |
| 19512 | 7/27/2009 | PUR | 65 | $21.4614 |
| 19512 | 10/19/2009 | PUR | 192 | $28.8281 |
| 19512 | 1/12/2010 | PUR | 280 | $27.4500 |
| 19512 | 2/25/2010 | PUR | 101 | $26.0099 |
| 19512 | 1/3/2011 | PUR | 2,002 | $26.5059 |

ibi\chk\sch_a

**CHESAPEAKE ENERGY CORP**

| IBI A/C | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 19512 | 7/18/2011 | SLD | 193 | $32.4500 |
| 19512 | 11/21/2011 | PUR | 4,226 | $23.7266 |
| | | | | |
| 19539 | 7/20/2009 | PUR | 230 | $20.5300 |
| 19539 | 7/27/2009 | PUR | 119 | $21.4614 |
| 19539 | 1/12/2010 | PUR | 110 | $27.4500 |
| 19539 | 2/25/2010 | PUR | 121 | $26.0099 |
| 19539 | 1/3/2011 | PUR | 451 | $26.5059 |
| 19539 | 7/18/2011 | SLD | 189 | $32.4500 |
| 19539 | 11/21/2011 | PUR | 1,474 | $23.7266 |
| | | | | |
| 19547 | 7/20/2009 | PUR | 20 | $20.5300 |
| 19547 | 7/27/2009 | PUR | 117 | $21.4614 |
| 19547 | 10/19/2009 | PUR | 187 | $28.8281 |
| 19547 | 1/12/2010 | PUR | 260 | $27.4500 |
| 19547 | 2/25/2010 | PUR | 64 | $26.0099 |
| 19547 | 1/3/2011 | PUR | 1,297 | $26.5059 |
| 19547 | 7/18/2011 | SLD | 442 | $32.4500 |
| 19547 | 11/21/2011 | PUR | 2,105 | $23.7266 |
| | | | | |
| 19563 | 7/20/2009 | PUR | 20 | $20.5300 |
| 19563 | 7/27/2009 | PUR | 164 | $21.4614 |
| 19563 | 10/19/2009 | PUR | 210 | $28.8281 |
| 19563 | 1/12/2010 | PUR | 240 | $27.4500 |
| 19563 | 2/25/2010 | PUR | 77 | $26.0099 |
| 19563 | 1/3/2011 | PUR | 1,187 | $26.5059 |
| 19563 | 7/18/2011 | SLD | 486 | $32.4500 |
| 19563 | 11/21/2011 | PUR | 2,096 | $23.7266 |
| | | | | |
| 19571 | 7/20/2009 | PUR | 550 | $20.5300 |
| 19571 | 1/12/2010 | PUR | 390 | $27.4500 |
| 19571 | 1/3/2011 | PUR | 722 | $26.5059 |
| 19571 | 7/18/2011 | PUR | (302) | $32.4500 |
| 19571 | 11/21/2011 | PUR | 2,285 | $23.7266 |
| | | | | |
| 19598 | 10/19/2009 | PUR | 378 | $28.8281 |
| 19598 | 1/12/2010 | PUR | 250 | $27.4500 |
| 19598 | 2/25/2010 | PUR | 135 | $26.0099 |
| 19598 | 1/3/2011 | PUR | 2,003 | $26.5059 |
| 19598 | 1/6/2011 | PUR | 58 | $27.0985 |
| 19598 | 11/21/2011 | PUR | 4,345 | $23.7266 |
| 19598 | 11/21/2011 | PUR | 113 | $23.7266 |
| 19598 | 11/21/2011 | PUR | 273 | $23.7266 |
| | | | | |
| 19601 | 1/12/2010 | PUR | 130 | $27.4500 |
| 19601 | 2/25/2010 | PUR | 130 | $26.0099 |
| 19601 | 1/3/2011 | PUR | 504 | $26.5059 |
| 19601 | 7/18/2011 | SLD | 300 | $32.4500 |
| 19601 | 11/21/2011 | PUR | 453 | $23.7266 |
| 19601 | 4/30/2012 | SLD | 272 | $17.7600 |
| | | | | |
| 420549 | 9/20/2011 | PUR | 8,800 | $31.0477 |
| 420549 | 9/26/2011 | PUR | 5,200 | $26.8073 |
| 420549 | 9/27/2011 | PUR | 5,000 | $28.1590 |

ibi\chk\sch_a

**CHESAPEAKE ENERGY CORP**

Schedule A
IBI

| IBI A/C | Date | Trans | Shares | Price |
|---|---|---|---|---|
| 420549 | 10/17/2011 | PUR | 20,000 | $27.5283 |
| 420549 | 11/21/2011 | PUR | 17,000 | $23.7243 |
| 420549 | 1/3/2012 | PUR | 11,741 | $23.3082 |
| | | | | |
| 420565 | 9/20/2011 | PUR | 950 | $31.0295 |
| 420565 | 9/26/2011 | PUR | 555 | $26.7652 |
| 420565 | 9/27/2011 | PUR | 535 | $28.1367 |
| 420565 | 10/17/2011 | PUR | 2,160 | $27.5267 |
| 420565 | 11/21/2011 | PUR | 1,800 | $23.7243 |
| 420565 | 1/3/2012 | PUR | 1,174 | $23.3082 |

ibi\chk\sch_a

## CERTIFICATION

Gail H. Stone, Executive Director of Arkansas Public Employees Retirement System ("APERS"), declares, as to the claims asserted under the federal securities laws, that:

1.   I am authorized to make this certification on behalf of APERS.

2.   I have reviewed a complaint filed in this matter and wish to serve as a lead plaintiff.

3.   APERS did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this action.

4.   APERS is willing to serve as a lead plaintiff and class representative on behalf of the Class, including providing testimony at deposition and trial if necessary.

5.   APERS' transactions in the securities of Chesapeake Energy that are the subject of this action are set forth in Schedule A, attached hereto.

6.   During the three years prior to the date of this Certification, APERS sought to serve as a representative party for a class under the federal securities laws in the following cases:

> *Hughes v. Huron Consulting Grp., Inc.*, No. 09-4734 (N.D. Ill. 2009)
>
> *Steamfitters Local 449 Pension Fund v. Central European Distribution Corp.*, No.11-06247 (D.N.J. 2011)
>
> *Joseph DeAngelis v. Jon Corzine, et al*, No. 1:11-cv-07866-VM (S.D.N.Y. 2012)

7.   APERS will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this /3ᵗʰ day of June 2012.

Gail H. Stone
Executive Director
*Arkansas Public Employees Retirement System*

## Schedule A

| Trade Date | Transaction Type | Quantity | Price |
|------------|------------------|----------|-------|
| 7/20/2009 | Sale | (9,300.00) | $ 20.29 |
| 8/21/2009 | Sale | (10,100.00) | $ 23.84 |
| 9/17/2009 | Sale | (4,200.00) | $ 28.76 |
| 10/5/2009 | Sale | (1,900.00) | $ 27.38 |
| 10/30/2009 | Sale | (40,000.00) | $ 24.65 |
| 12/4/2009 | Sale | (1,700.00) | $ 22.66 |
| 12/22/2009 | Sale | (600.00) | $ 26.45 |
| 12/24/2009 | Purchase | 88,400.00 | $ 27.96 |
| 12/31/2009 | Sale | (70,000.00) | $ 25.90 |
| 1/4/2010 | Purchase | 70,000.00 | $ 27.37 |
| 2/3/2010 | Sale | (50,000.00) | $ 25.90 |
| 2/25/2010 | Purchase | 10,700.00 | $ 25.99 |
| 2/25/2010 | Purchase | 35.00 | $ 25.98 |
| 2/25/2010 | Sale | (10,735.00) | $ 26.73 |
| 3/23/2010 | Sale | (25,000.00) | $ 23.23 |
| 7/15/2010 | Purchase | 16,500.00 | $ 21.23 |
| 8/19/2010 | Sale | (16,500.00) | $ 20.78 |
| 10/11/2010 | Purchase | 122,000.00 | $ 23.98 |
| 10/25/2010 | Sale | (117,400.00) | $ 21.30 |
| 11/18/2010 | Sale | (23,000.00) | $ 22.24 |
| 12/21/2010 | Purchase | 6,200.00 | $ 25.33 |
| 1/19/2011 | Purchase | 6,000.00 | $ 27.94 |
| 1/19/2011 | Purchase | 2,000.00 | $ 27.91 |
| 1/19/2011 | Purchase | 4,200.00 | $ 27.94 |
| 1/19/2011 | Purchase | 800.00 | $ 27.87 |
| 1/19/2011 | Purchase | 9,600.00 | $ 27.88 |
| 1/19/2011 | Purchase | 2,800.00 | $ 27.90 |
| 1/19/2011 | Sale | (900.00) | $ 27.88 |
| 1/20/2011 | Purchase | 13,700.00 | $ 27.46 |
| 2/4/2011 | Sale | (1,500.00) | $ 30.20 |
| 2/24/2011 | Sale | (2,200.00) | $ 34.23 |
| 3/15/2011 | Sale | (1,600.00) | $ 33.55 |
| 4/15/2011 | Purchase | 11,500.00 | $ 32.53 |
| 4/28/2011 | Purchase | 6,900.00 | $ 32.92 |
| 5/3/2011 | Purchase | 4,500.00 | $ 31.87 |
| 5/3/2011 | Purchase | 4,600.00 | $ 31.25 |
| 5/9/2011 | Purchase | 2,200.00 | $ 31.20 |

### Schedule A

| Trade Date | Transaction Type | Quantity | Price |
|---|---|---|---|
| 5/13/2011 | Purchase | 1,500.00 | $ 30.12 |
| 5/13/2011 | Purchase | 3,200.00 | $ 30.01 |
| 5/16/2011 | Sale | (11,500.00) | $ 30.09 |
| 6/3/2011 | Purchase | 18,200.00 | $ 30.51 |
| 6/15/2011 | Purchase | 27,400.00 | $ 28.75 |
| 6/27/2011 | Purchase | 1,600.00 | $ 27.82 |
| 6/27/2011 | Purchase | 8,100.00 | $ 27.82 |
| 7/12/2011 | Purchase | 17,900.00 | $ 29.92 |
| 8/16/2011 | Sale | (8,800.00) | $ 31.87 |
| 9/21/2011 | Sale | (20,000.00) | $ 30.45 |
| 10/26/2011 | Sale | (10,100.00) | $ 27.82 |
| 10/27/2011 | Purchase | 1,000.00 | $ 29.00 |
| 10/27/2011 | Purchase | 3,300.00 | $ 29.08 |
| 10/27/2011 | Purchase | 9,600.00 | $ 29.08 |
| 11/1/2011 | Sale | (4,545.00) | $ 26.90 |
| 11/11/2011 | Purchase | 1,200.00 | $ 25.58 |
| 11/11/2011 | Purchase | 1,900.00 | $ 26.19 |
| 11/11/2011 | Purchase | 900.00 | $ 26.66 |
| 11/11/2011 | Purchase | 910.00 | $ 26.46 |
| 11/22/2011 | Sale | (5,600.00) | $ 23.58 |
| 12/2/2011 | Sale | (4,910.00) | $ 26.05 |
| 12/21/2011 | Sale | (700.00) | $ 22.87 |
| 1/26/2012 | Purchase | 6,300.00 | $ 21.87 |
| 3/7/2012 | Sale | (15,100.00) | $ 24.08 |
| 3/30/2012 | Sale | (2,700.00) | $ 23.17 |
| 4/10/2012 | Purchase | 6,340.00 | $ 20.94 |
| 4/18/2012 | Purchase | 6,400.00 | $ 17.32 |
| 4/18/2012 | Purchase | 1,100.00 | $ 17.20 |