**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DVORA WEINSTEIN and STEVEN S. WEINSTEIN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) **Case No. CIV-12-0465-M** |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| AUBREY K. MCCLENDON, and CHESAPEAKE ENERGY CORPORATION, | ) ) ) |
| Defendants. | ) ) |
| OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) **Case No. CIV-12-0640-M** |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| AUBREY K. MCCLENDON, DOMENIC J. DELL'OSSO, JR., MICHAEL A. JOHNSON, RICHARD K. DAVIDSON, KATHLEEN EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON NICKLES, MARCUS ROWLAND, FREDRICK B. WHITTEMORE, LOUIS A. SIMPSON, and CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF NON-OPPOSITION OF THE STATE OF OREGON TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL, AND CONSOLIDATION**

The State of Oregon, by and through the Oregon State Treasurer and the Oregon Public Employee Retirement Board on behalf of the Oregon Public Employee Retirement Fund ("Oregon") respectfully submits this notice of non-opposition with respect to the pending motions for appointment as Lead Plaintiff, approval of Lead Counsel, and consolidation of all related actions.

On June 25, 2012, Oregon, together with IBI Amban Investment Management Ltd. ("IBI"), Clal Pension & Provident Fund Ltd. ("Clal"), and the Arkansas Public Employees Retirement System ("Arkansas"), filed a Motion to be appointed Lead Plaintiff, to have their counsel appointed as Co-Lead and Liaison Counsel, and for consolidation of all related actions. Oregon and its counsel have reviewed the Lead Plaintiff motions pending before the Court and Oregon has determined that Ontario Teachers' Pension Plan Board ("Ontario") has the largest financial interest in this case. Accordingly, Oregon does not oppose Ontario's appointment as Lead Plaintiff. Nevertheless, Oregon remains ready, willing and able to serve as Lead Plaintiff, either solely, or jointly with IBI, Clal, and/or Arkansas if the Court declines to appoint Ontario to serve as Lead Plaintiff. Oregon reserves any and all rights to share in any recovery in this action.

Dated: July 3, 2012

Respectfully submitted,

/s/John E. Barbush
John E. Barbush, OBA #17837
**JOHN E. BARBUSH, P.C.**
120 N. Robinson Avenue, Suite 270
Oklahoma City, Oklahoma 73102
Telephone: (405) 604-3098
Facsimile: (405) 604-7503

**BERNSTEIN LITOWITZ BERGER &**
  **GROSSMANN LLP**
Gerald H. Silk
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com

*Special Assistant Attorney General and Counsel for*
*the State of Oregon, by and through the Oregon*
*State Treasurer and the Oregon Public Employee*
*Retirement Board on behalf of the Oregon Public*
*Employee Retirement Fund*

**STOLL STOLL BERNE LOKTING &**
**SHLACHTER P.C.**
Keith A. Ketterling
Scott A. Shorr
209 Southwest Oak Street
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
KKetterling@stollberne.com
SShorr@stollberne.com

*Special Assistant Attorneys General and Counsel*
*for the State of Oregon, by and through the Oregon*
*State Treasurer and the Oregon Public Employee*
*Retirement Board on behalf of the Oregon Public*
*Employee Retirement Fund*

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2012, I electronically transmitted the above and foregoing ***Notice Of Non-Opposition Of The State Of Oregon To Motions For Appointment As Lead Plaintiff, Approval Of Lead Counsel, And Consolidation*** to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing to the following ECF registrant(s):

James R. Webb
McAfee & Taft
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102

SO CERTIFIED this 3rd day of July, 2012.

*s/John E. Barbush*
John E. Barbush