### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DVORA WEINSTEIN and STEVEN S. WEINSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AUBREY K. MCCLENDON and CHESAPEAKE ENERGY CORPORATION,<br><br>Defendants. | Case No. CIV-12-465-M |

### ORDER

Before the Court is the parties' Joint Motion to Modify Deadlines Regarding Time to File Amended Complaint, Response and Related Briefing, filed August 22, 2012. Upon review of the joint motion, the Court finds that the deadlines regarding the time to file the amended complaint, defendants' response to the amended complaint, and related briefing should be extended but that any ruling regarding consolidating any potential future cases relating to the same subject matter as this action is premature at this time and that the issue of consolidation should be addressed only if such an action is filed. Accordingly, the Court GRANTS IN PART and DENIES IN PART the parties' Joint Motion to Modify Deadlines Regarding Time to File Amended Complaint, Response and Related Briefing [docket no. 48] and EXTENDS the deadlines in this case as follows:

(1) Defendants are not required to respond to the currently filed Complaint;

(2) Lead Plaintiff shall file any Amended Complaint in this matter on or before October 12, 2012. The Amended Complaint shall be the operative complaint and shall supersede all prior filed complaints in this action;

(3) Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint on or before November 29, 2012;

(4) Lead Plaintiff shall file any opposition to Defendants' motion to dismiss on or before January 16, 2013; and

(5) Defendants shall file any replies to Lead Plaintiff's opposition on or before February 15, 2013.

**IT IS SO ORDERED this 23rd day of August, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE