# Exhibit 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549
## FORM 10-K

[X]   **Annual Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**
For the Fiscal Year Ended December 31, 2010

[ ]   **Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**
For the transition period from _____to _____

**Commission File No. 1-13726**

## Chesapeake Energy Corporation
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Oklahoma** | **73-1395733** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **6100 North Western Avenue** | |
| **Oklahoma City, Oklahoma** | **73118** |
| (Address of principal executive offices) | (Zip Code) |

**(405) 848-8000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, par value $0.01 | New York Stock Exchange |
| 7.625% Senior Notes due 2013 | New York Stock Exchange |
| 9.5% Senior Notes due 2015 | New York Stock Exchange |
| 6.25% Senior Notes due 2017 | New York Stock Exchange |
| 6.5% Senior Notes due 2017 | New York Stock Exchange |
| 6.875% Senior Notes due 2018 | New York Stock Exchange |
| 7.25% Senior Notes due 2018 | New York Stock Exchange |
| 6.625% Senior Notes due 2020 | New York Stock Exchange |
| 6.875% Senior Notes due 2020 | New York Stock Exchange |
| 6.125% Senior Notes due 2021 | New York Stock Exchange |
| 2.75% Contingent Convertible Senior Notes due 2035 | New York Stock Exchange |
| 2.5% Contingent Convertible Senior Notes due 2037 | New York Stock Exchange |
| 2.25% Contingent Convertible Senior Notes due 2038 | New York Stock Exchange |
| 4.5% Cumulative Convertible Preferred Stock | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES [X]   NO [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. YES [ ]   NO [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  YES [X]   NO [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES [X]   NO [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer [X]      Accelerated Filer [ ]      Non-accelerated Filer [ ]    Smaller Reporting Company [ ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES [ ]   NO [X]

The aggregate market value of our common stock held by non-affiliates on June 30, 2010 was approximately $13.6 billion. At February 18, 2011, there were 657,634,451 shares of our $0.01 par value common stock outstanding.

**Disclosures About Effects of Transactions with Related Parties**

*Chief Executive Officer*

As of December 31, 2010, we had accrued accounts receivable from our Chief Executive Officer, Aubrey K. McClendon, of $30 million representing joint interest billings from December 2010 which were invoiced and timely paid in January 2011. Since Chesapeake was founded in 1989, Mr. McClendon has acquired working interests in virtually all of our natural gas and oil properties by participating in our drilling activities under the terms of the Founder Well Participation Program (FWPP) and predecessor participation arrangements provided for in Mr. McClendon's employment agreements. Under the FWPP, approved by our shareholders in June 2005, Mr. McClendon may elect to participate in all or none of the wells drilled by or on behalf of Chesapeake during a calendar year, but he is not allowed to participate only in selected wells. A participation election is required to be received by the Compensation Committee of Chesapeake's Board of Directors not less than 30 days prior to the start of each calendar year. His participation is permitted only under the terms outlined in the FWPP, which, among other things, limits his individual participation to a maximum working interest of 2.5% in a well and prohibits participation in situations where Chesapeake's working interest would be reduced below 12.5% as a result of his participation. In addition, the company is reimbursed for costs associated with leasehold acquired by Mr. McClendon as a result of his well participation.

On December 31, 2008, we entered into a new five-year employment agreement with Mr. McClendon that contained a one-time well cost incentive award to him. The total cost of the award to Chesapeake was $75 million plus employment taxes in the amount of approximately $1 million. We are recognizing the incentive award as general and administrative expense over the five-year vesting period for the clawback described below, resulting in an expense of approximately $15 million per year beginning in 2009. In addition to state and federal income tax withholding, similar employment taxes were imposed on Mr. McClendon and withheld from the award. The net incentive award of approximately $44 million was fully applied against costs attributable to interests in company wells acquired by Mr. McClendon or his affiliates under the FWPP. The incentive award is subject to a clawback equal to any unvested portion of the award if during the initial five-year term of the employment agreement, Mr. McClendon resigns from the company or is terminated for cause by the company.

*Other Related Parties*

During 2010, our 42%-owned affiliate, Chesapeake Midstream Partners, L.P. (CHKM), provided natural gas gathering and treating services to us in the ordinary course of business. In addition, there are various agreements in place whereby we support CHKM in various functions for which we are reimbursed. During 2010, our transactions with CHKM included the following:

|  | Year Ended December 31, 2010 |
|---|---:|
|  | ($ in millions) |
| Amounts paid to CHKM: |  |
| Gas gathering fees | $ 378 |
| Amounts received from CHKM: |  |
| Compressor rentals | 48 |
| Inventory purchases | 47 |
| Other services provided [a] | 73 |
| Total amounts received from CHKM | $ 168 |

(a) Includes amounts received related to the General and Administrative Services and Reimbursement Agreement, the Employee Secondment Agreement, the Shared Services Agreement and the Additional Services and Reimbursement Agreement agreed to at the formation of the joint venture.

As of December 31, 2010, we had a net payable to CHKM of $45 million.

During 2010 and 2009, our 26%-owned affiliate, Frac Tech Holdings, LLC, provided us hydraulic fracturing and other services in the ordinary course of business. During 2010 and 2009, we paid Frac Tech $89 million and $43 million, respectively, for these services. As of December 31, 2010 and 2009, we had $30 million and $8 million, respectively, due Frac Tech for services provided and not yet paid.