# Exhibit 4

| Summary of Domenic Dell'Osso's Chesapeake Stock Transactions During Class Period | | |
|---|---|---|
| Transaction Type | Total Share Amt | Source/Notes |
| Reported Shares before Period | 53,203 | Form 4 not provided. Beginning share amount was calculated by subtracting 1/4/10 shares after transaction (73,203) from 1/4/10 award (20,000). |
| A-Award | 306,577 | 296,690 shares are reported as part of a restricted stock program as per proxy. The proxy does not mention remaining 9,887 shares. |
| F-In Kind | (14,696) | Payment of exercise price or tax liability |
| P-Purchase | 9,000 | Open market purchases |
| Total | 354,084 | Reported Shares before Period balance plus Class Period transactions |

| Date[1] | Trans Type[2] | Shares Acquired (Disposed)[1] | Trade Price[1] | Transaction Value[3] | Notes |
|---|---|---|---|---|---|
| 01/04/10 | A-Award* | 20,000 | $0.00 | $0.00 | Restricted stock provided as part of compensation plan. (Proxy June 2011 p. 50). |
| 07/01/10 | A-Award* | 21,000 | $0.00 | $0.00 | Restricted stock provided as part of compensation plan. (Proxy June 2011 p. 50). |
| 11/05/10 | A-Award | 20,000 | $0.00 | $0.00 | Restricted stock provided as part of compensation plan. (Proxy June 2011 p. 50). |
| 01/03/11 | A-Award | 55,000 | $0.00 | $0.00 | Restricted stock provided as part of compensation plan. (Proxy June 2012 p. 34). |
| 03/31/11 | A-Award | 452 | $33.52 | $15,151.04 | |
| 06/30/11 | A-Award | 714 | $29.69 | $21,198.66 | |
| 07/01/11 | A-Award | 74,755 | $0.00 | $0.00 | Restricted stock provided as part of compensation plan. (Proxy June 2012 p. 34). |
| 09/30/11 | A-Award | 3,877 | $25.55 | $99,057.35 | |
| 12/31/11 | A-Award | 931 | $22.29 | $20,751.99 | |
| 01/03/12 | A-Award | 105,935 | $0.00 | $0.00 | Form 4 indicates award of restricted shares. Details not in proxy. |
| 03/30/12 | A-Award | 3,913 | $23.17 | $90,664.21 | |
| 07/01/11 | F-InKind | (3,418) | $30.10 | ($102,881.80) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 09/30/11 | F-InKind | (651) | $25.55 | ($16,633.05) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 11/05/11 | F-InKind | (2,098) | $27.07 | ($56,792.86) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |

| Date[1] | Trans Type[2] | Shares Acquired (Disposed)[1] | Trade Price[1] | Transaction Value[3] | Notes |
|---|---|---|---|---|---|
| 01/02/12 | F-InKind | (2,585) | $22.29 | ($57,619.65) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/03/12 | F-InKind | (4,359) | $23.60 | ($102,872.40) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/04/12 | F-InKind | (1,585) | $23.86 | ($37,818.10) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 06/10/11 | P-Purchase | 4,000 | $29.40 | $117,600.00 | |
| 09/30/11 | P-Purchase | 5,000 | $25.56 | $127,798.50 | |

(1) Data obtained from Forms 4.
(2) Transaction type obtained from SEC website at http://www.sec.gov/cgi-bin/own-disp?CIK=0001167593&action=getowner.
(3) Transaction value calculated by multiplying the number of shares and the trade price.
*Domenic Dell'Osso was hired as CFO November 2010.  Prior to Novermber 2010, Award (restricted stock) is retrieved from proxy statements.

SEC Form 3

**FORM 3**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**INITIAL STATEMENT OF BENEFICIAL OWNERSHIP OF SECURITIES**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0104 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* DELL'OSSO DOMENIC J JR (Last)   (First)   (Middle) 6100 N. WESTERN AVE. (Street) OKLAHOMA CITY   OK   73118 (City)   (State)   (Zip) | 2. Date of Event Requiring Statement (Month/Day/Year) 11/05/2010 | 3. Issuer Name **and** Ticker or Trading Symbol CHESAPEAKE ENERGY CORP [ CHK ] |
|---|---|---|
| | | 4. Relationship of Reporting Person(s) to Issuer (Check all applicable)   Director       10% Owner  X Officer (give title below)    Other (specify below)  Exec. Vice President & CFO | 5. If Amendment, Date of Original Filed (Month/Day/Year)  6. Individual or Joint/Group Filing (Check Applicable Line)  X Form filed by One Reporting Person     Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Beneficially Owned**

| 1. Title of Security (Instr. 4) | 2. Amount of Securities Beneficially Owned (Instr. 4) | 3. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 4. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|
| Common Stock | 94,203 | D | |

**Table II - Derivative Securities Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 4) | 2. Date Exercisable and Expiration Date (Month/Day/Year) | | 3. Title and Amount of Securities Underlying Derivative Security (Instr. 4) | | 4. Conversion or Exercise Price of Derivative Security | 5. Ownership Form: Direct (D) or Indirect (I) (Instr. 5) | 6. Nature of Indirect Beneficial Ownership (Instr. 5) |
|---|---|---|---|---|---|---|---|
| | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | |

**Explanation of Responses:**

| | |
|---|---|
| By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR. | 11/09/2010 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 5 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4** | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL
Washington, D.C. 20549

| | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* DELL'OSSO DOMENIC J JR | 2. Issuer Name **and** Ticker or Trading Symbol CHESAPEAKE ENERGY CORP [ CHK ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)       (First)       (Middle) 6100 N. WESTERN AVE. | 3. Date of Earliest Transaction (Month/Day/Year) 11/05/2010 | ☐ Director    ☐ 10% Owner X Officer (give title below)    ☐ Other (specify below) Exec. Vice President & CFO |
| (Street) OKLAHOMA CITY   OK   73118 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ☐ Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/05/2010 | | A | | 20,000 | A | $0 | 114,203 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR.    11/09/2010

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* DELL'OSSO DOMENIC J JR | 2. Issuer Name **and** Ticker or Trading Symbol CHESAPEAKE ENERGY CORP [ CHK ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)　(First)　(Middle) 6100 N. WESTERN AVE. | 3. Date of Earliest Transaction (Month/Day/Year) 01/03/2011 | ☐ Director ☐ 10% Owner X Officer (give title below) ☐ Other (specify below) Exec. Vice President & CFO |
| (Street) OKLAHOMA CITY　OK　73118 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ☐ Form filed by More than One Reporting Person |
| (City)　(State)　(Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/03/2011 | | A | | 55,000 | A | $0 | 169,203 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

|  |  |
|---|---|
| DOMENIC J. DELL'OSSO, JR. | 01/04/2011 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

1. Name and Address of Reporting Person*
DELL'OSSO DOMENIC J JR
(Last)     (First)     (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY   OK   73118
(City)   (State)   (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
03/31/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
☐ Director  ☐ 10% Owner
X Officer (give title below)  ☐ Other (specify below)
Exec. Vice President & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/31/2011 | | A | | 452 | A | $33.52 | 170,259 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR.     04/04/2011
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4** | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL
---|---|---
| Washington, D.C. 20549 | OMB Number: 3235-0287
Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | **STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP** | Expires: December 31, 2014
| | Estimated average burden hours per response: 0.5
| Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940 | 

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| DELL'OSSO DOMENIC J JR | CHESAPEAKE ENERGY CORP [ CHK ] | Director / 10% Owner / **X** Officer (give title below) / Other (specify below) |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Exec. Vice President & CFO |
| 6100 N. WESTERN AVE. | 06/10/2011 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| OKLAHOMA CITY  OK  73118 | | **X** Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/10/2011 | | P | | 4,000 | A | $29.4 | 174,259 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR.   06/13/2011

** Signature of Reporting Person   Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* DELL'OSSO DOMENIC J JR | 2. Issuer Name **and** Ticker or Trading Symbol CHESAPEAKE ENERGY CORP [ CHK ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)   (First)   (Middle) 6100 N. WESTERN AVE. | 3. Date of Earliest Transaction (Month/Day/Year) 06/30/2011 | Director / 10% Owner / X Officer (give title below) / Other (specify below)  Exec. Vice President & CFO |
| (Street) OKLAHOMA CITY   OK   73118 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person / Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/30/2011 | | A | | 714 | A | $29.69 | 174,977 | D | |
| Common Stock | 07/01/2011 | | F | | 3,418 | D | $30.1 | 171,559 | D | |
| Common Stock | 07/01/2011 | | A | | 74,755 | A | $0 | 246,314 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

| | |
|---|---|
| By: Marc D. Rome For: DOMENIC J. DELL'OSSO JR. | 07/05/2011 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
**DELL'OSSO DOMENIC J JR**
(Last)  (First)  (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY   OK   73118
(City)  (State)  (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
**CHESAPEAKE ENERGY CORP** [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
09/30/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
☐ Director   ☐ 10% Owner
X Officer (give title below)   ☐ Other (specify below)
Exec. Vice President & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/30/2011 | | P | | 5,000 | A | $25.5597 | 251,314 | D | |
| Common Stock | 09/30/2011 | | A | | 3,877 | A | $25.55 | 255,195 | D | |
| Common Stock | 09/30/2011 | | F | | 651 | D | $25.55 | 254,544 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

| | |
|---|---|
| By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR. | 10/03/2011 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* DELL'OSSO DOMENIC J JR | 2. Issuer Name **and** Ticker or Trading Symbol CHESAPEAKE ENERGY CORP [ CHK ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle) 6100 N. WESTERN AVE. | 3. Date of Earliest Transaction (Month/Day/Year) 11/05/2011 | ☐ Director    ☐ 10% Owner  X Officer (give title below)    ☐ Other (specify below)  Exec. Vice President & CFO |
| (Street) OKLAHOMA CITY   OK    73118 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  X Form filed by One Reporting Person  ☐ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/05/2011 | | F | | 2,098 | D | $27.07 | 252,446 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

| | |
|---|---|
| By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR. | 11/08/2011 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL |  |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* <br> DELL'OSSO DOMENIC J JR <br><br> (Last)  (First)  (Middle) <br> 6100 N. WESTERN AVE. <br><br> (Street) <br> OKLAHOMA CITY  OK  73118 <br><br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> CHESAPEAKE ENERGY CORP [ CHK ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 12/31/2011 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> ☐ Director   ☐ 10% Owner <br> X Officer (give title below)   ☐ Other (specify below) <br> Exec. Vice President & CFO <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/31/2011 | | A | | 931 | A | $22.29 | 253,383 | D | |
| Common Stock | 01/02/2012 | | F | | 2,585 | D | $22.29 | 250,798 | D | |
| Common Stock | 01/03/2012 | | F | | 4,359 | D | $23.6 | 246,439 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

|  | By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR. | 01/04/2012 |
|---|---|---|
|  | ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* DELL'OSSO DOMENIC J JR | 2. Issuer Name **and** Ticker or Trading Symbol CHESAPEAKE ENERGY CORP [ CHK ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)  (First)  (Middle) 6100 N. WESTERN AVE. | 3. Date of Earliest Transaction (Month/Day/Year) 01/03/2012 | Director     10% Owner X Officer (give title below)     Other (specify below) Exec. Vice President & CFO |
| (Street) OKLAHOMA CITY  OK  73118 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/03/2012 | | A | | 105,935 | A | $0 | 352,374 | D | |
| Common Stock | 01/04/2012 | | F | | 1,585 | D | $23.86 | 350,789 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR.    01/05/2012

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* DELL'OSSO DOMENIC J JR | 2. Issuer Name **and** Ticker or Trading Symbol CHESAPEAKE ENERGY CORP [ CHK ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle) 6100 N. WESTERN AVE. | 3. Date of Earliest Transaction (Month/Day/Year) 03/30/2012 | Director / 10% Owner / X Officer (give title below) / Other (specify below) / Exec. Vice President & CFO |
| (Street) OKLAHOMA CITY    OK    73118 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person / Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/30/2012 | | A | | 3,913 | A | $23.17 | 355,471 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: DOMENIC J. DELL'OSSO, JR.    04/03/2012

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**



Home | Search Home | Latest Filings | Previous Page

**DELL'OSSO DOMENIC J JR (0001504988)**

State location:

**Mailing Address**
6100 N. WESTERN AVE.
OKLAHOMA CITY OK 73118

**Ownership Reports for Issuers:** (Click on issuer name to see other owners for the issuer, or CIK for issuer filings.)

| Issuer | Filings | Transaction Date | Type of Owner |
|---|---|---|---|
| CHESAPEAKE ENERGY CORP | 0000895126 | 2013-01-03 | officer: Exec. Vice President & CFO |
| Chesapeake Midstream Partners, L.P. Current Name: ACCESS MIDSTREAM PARTNERS LP | 0001483096 | 2011-05-21 | director |

See Code Descriptions for an explanation of the codes used in this listing

Items 1 - 28 (Note: Second (grayed) row (except for Nature) is for derivative details.)

| | Date Exercise | Issuer Nature | Form | Trans. Derivative | Modes | Shares Underlying | Price Exercised | Owned Underlying | No. Expires | Issuer CIK | Security Name Underlying | Deemed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 2013-01-04 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1631.0000 | | 329087.0000 | 2 | 0000895126 | Common Stock | |
| D | 2013-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 13091.0000 | | 330718.0000 | 1 | 0000895126 | Common Stock | |
| D | 2013-01-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2699.0000 | | 343809.0000 | 2 | 0000895126 | Common Stock | |
| A | 2012-12-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1510.0000 | | 346508.0000 | 1 | 0000895126 | Common Stock | |
| D | 2012-11-05 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2086.0000 | | 344987.0000 | 1 | 0000895126 | Common Stock | |
| A | 2012-09-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 2942.0000 | | 347719.0000 | 1 | 0000895126 | Common Stock | |
| D | 2012-09-30 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 646.0000 | | 347073.0000 | 2 | 0000895126 | Common Stock | |
| D | 2012-07-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 12069.0000 | | 344765.0000 | 2 | 0000895126 | Common Stock | |
| A | 2012-06-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1350.0000 | | 356834.0000 | 1 | 0000895126 | Common Stock | |
| A | 2012-03-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 3913.0000 | | 355471.0000 | 1 | 0000895126 | Common Stock | |
| D | 2012-01-04 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1585.0000 | | 350789.0000 | 2 | 0000895126 | Common Stock | |
| D | 2012-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 4359.0000 | | 246439.0000 | 3 | 0000895126 | Common Stock | |

| | Date | Issuer | Form | Trans. | Equity Swap | Shares | Total | Footnote | CIK | Security |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 2012-01-03 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 105935.0000 | 352374.0000 | 1 | 0000895126 | Common Stock |
| D | 2012-01-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2585.0000 | 250798.0000 | 2 | 0000895126 | Common Stock |
| A | 2011-12-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 931.0000 | 253383.0000 | 1 | 0000895126 | Common Stock |
| D | 2011-11-05 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2098.0000 | 252446.0000 | 1 | 0000895126 | Common Stock |
| A | 2011-09-30 | CHESAPEAKE ENERGY CORP | 4 | P-Purchase | --D | 5000.0000 | 251314.0000 | 1 | 0000895126 | Common Stock |
| A | 2011-09-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 3877.0000 | 255195.0000 | 2 | 0000895126 | Common Stock |
| D | 2011-09-30 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 651.0000 | 254544.0000 | 3 | 0000895126 | Common Stock |
| D | 2011-07-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 3418.0000 | 171559.0000 | 2 | 0000895126 | Common Stock |
| A | 2011-07-01 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 74755.0000 | 246314.0000 | 3 | 0000895126 | Common Stock |
| A | 2011-06-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 714.0000 | 174977.0000 | 1 | 0000895126 | Common Stock |
| A | 2011-06-10 | CHESAPEAKE ENERGY CORP | 4 | P-Purchase | --D | 4000.0000 | 174259.0000 | 1 | 0000895126 | Common Stock |
| A | 2011-03-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 452.0000 | 170259.0000 | 1 | 0000895126 | Common Stock |
| A | 2011-01-03 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 55000.0000 | 169203.0000 | 1 | 0000895126 | Common Stock |
| A | 2010-11-05 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 20000.0000 | 114203.0000 | 1 | 0000895126 | Common Stock |
| - | - | CHESAPEAKE ENERGY CORP | 3 | - | --D | | 94203.0000 | 1 | 0000895126 | Common Stock |
| - | - | CHESAPEAKE MIDSTREAM PARTNERS LP | 3 | - | --D | | 6000.0000 | 1 | 0001483096 | Common Units |

*http://www.sec.gov/cgi-bin/own-disp*