# Exhibit 5

| Summary of Michael Johnson's Chesapeake Stock Transactions During Class Period | | |
|---|---|---|
| **Transaction Type** | **Total Shares** | **Source / Notes** |
| Reported Shares before Period | 285,405 | Form 4 (2009-03-31) |
| A-Award | 256,110 | Total awards received during Class Period according to Forms 4; details not disclosed in proxy. |
| D-Return | (11,335) | Disposition to the issuer of issuer equity securities |
| F-In Kind | (71,784) | Payment of exercise price or tax liability |
| S-Sale | 0 | Stock Sales |
| Total | 458,396 | Reported Shares before Period balance plus Class Period transactions |

| Date[1] | Transaction Type[2] | Shares Acquired (Disposed)[1] | Trade Price[1] | Transaction Value[3] | Notes |
|---|---|---|---|---|---|
| 06/30/09 | A-Award | 1,018 | $19.83 | $20,186.94 | |
| 07/01/09 | A-Award | 35,000 | $0.00 | $0.00 | |
| 09/30/09 | A-Award | 2,193 | $28.40 | $62,281.20 | |
| 12/31/09 | A-Award | 780 | $25.88 | $20,186.40 | |
| 01/04/10 | A-Award | 40,000 | $0.00 | $0.00 | |
| 03/31/10 | A-Award | 2,323 | $23.64 | $54,915.72 | |
| 06/30/10 | A-Award | 1,060 | $20.95 | $22,207.00 | |
| 07/01/10 | A-Award | 45,000 | $0.00 | $0.00 | |
| 09/30/10 | A-Award | 3,323 | $22.65 | $75,265.95 | |
| 12/31/10 | A-Award | 857 | $25.91 | $22,204.87 | |
| 01/03/11 | A-Award | 50,000 | $0.00 | $0.00 | |
| 03/31/11 | A-Award | 1,821 | $33.52 | $61,039.92 | |
| 06/30/11 | A-Award | 748 | $29.69 | $22,208.12 | |
| 07/01/11 | A-Award | 46,515 | $0.00 | $0.00 | |
| 09/30/11 | A-Award | 3,158 | $25.55 | $80,686.90 | |
| 12/31/11 | A-Award | 855 | $22.29 | $19,057.95 | |
| 01/03/12 | A-Award | 61,445 | $0.00 | $0.00 | |
| 03/30/12 | A-Award | 3,219 | $23.17 | $74,584.23 | |
| 07/01/09 | D-Return | (1,678) | $19.67 | ($33,006.26) | Transaction Type "D" indicates: Disposition to the issuer of issuer equity securities. |
| 07/01/09 | D-Return | (1,518) | $19.67 | ($29,859.06) | Transaction Type "D" indicates: Disposition to the issuer of issuer equity securities. |
| 07/02/09 | F-In Kind | (1,798) | $18.68 | ($33,586.64) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 07/03/09 | F-In Kind | (1,598) | $18.68 | ($29,850.64) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 08/25/09 | F-In Kind | (9,737) | $23.35 | ($227,358.95) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 10/01/09 | F-InKind | (331) | $26.50 | ($8,771.50) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/02/10 | F-InKind | (2,197) | $25.88 | ($56,858.36) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/02/10 | F-InKind | (2,093) | $25.88 | ($54,166.84) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |

| Date[1] | Transaction Type[2] | Shares Acquired (Disposed)[1] | Trade Price[1] | Transaction Value[3] | Notes |
|---|---|---|---|---|---|
| 01/03/10 | F-InKind | (1,398) | $25.88 | ($36,180.24) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/03/10 | F-InKind | (1,798) | $25.88 | ($46,532.24) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 07/01/10 | F-InKind | (3,671) | $20.82 | ($76,430.22) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 07/01/10 | F-InKind | (2,199) | $20.82 | ($45,783.18) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 07/02/10 | F-InKind | (2,101) | $20.51 | ($43,091.51) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 07/03/10 | F-InKind | (2,098) | $20.51 | ($43,029.98) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 10/01/10 | F-InKind | (331) | $22.80 | ($7,546.80) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/02/11 | F-InKind | (4,208) | $25.91 | ($109,029.28) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/03/11 | F-InKind | (1,798) | $26.51 | ($47,664.98) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/04/11 | F-InKind | (3,195) | $26.22 | ($83,772.90) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 07/01/11 | F-InKind | (10,594) | $30.10 | ($318,879.40) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 07/02/11 | F-InKind | (2,360) | $30.10 | ($71,036.00) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 08/25/11 | F-InKind | (9,737) | $29.55 | ($287,728.35) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 10/01/11 | F-InKind | (331) | $25.55 | ($8,457.05) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/02/12 | F-InKind | (4,211) | $22.29 | ($93,863.19) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/03/12 | F-InKind | (3,963) | $23.60 | ($93,526.80) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 01/04/12 | F-InKind | (3,170) | $23.86 | ($75,636.20) | Transaction Type "F" indicates: Payment of exercise price or tax liability. |
| 02/24/11 | S-Sale | (10,000) | $35.45 | ($354,500.00) | The sale reported was effected pursuant to a Rule 10b5-1 trading plan adopted on March 15, 2010. (Footnote Form 4). |

(1) Data obtained from Forms 4.
(2) Transaction type obtained from SEC website at http://www.sec.gov/cgi-bin/own-disp?CIK=0001167593&action=getowner.
(3) Transaction value calculated by multiplying the number of shares and the trade price.
* Michael Johnson's compensation is not directly laid out in proxy statements. Restricted stock is awarded as part of executive compensation plan to be paid out the 1st trading day of Jan and July.

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A

(Last) (First) (Middle)
6100 N. WESTERN AVE.

(Street)
OKLAHOMA CITY OK 73118

(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
03/31/2009

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day /Year) | 2A. Deemed Execution Date, if any (Month/Day /Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/31/2009 | | A | | 2,377 | A | $17.06 | 285,405 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day /Year) | 3A. Deemed Execution Date, if any (Month/Day /Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Amy M. Sanders For: Michael A. Johnson — 04/02/2009

** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
06/30/2009

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/30/2009 | | A | | 1,018 | A | $19.83 | 286,505 | D | |
| Common Stock | 07/01/2009 | | D | | 1,678 | D | $19.67 | 284,827 | D | |
| Common Stock | 07/01/2009 | | D | | 1,518 | D | $19.67 | 283,309 | D | |
| Common Stock | 07/01/2009 | | A | | 35,000 | A | $0 | 318,309 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Amy M. Sanders For: Michael A. Johnson 07/02/2009
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
07/02/2009

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day /Year) | 2A. Deemed Execution Date, if any (Month/Day /Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/02/2009 | | F | | 1,798 | D | $18.68 | 316,511 | D | |
| Common Stock | 07/03/2009 | | F | | 1,598 | D | $18.68 | 314,913 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day /Year) | 3A. Deemed Execution Date, if any (Month/Day /Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Amy M. Sanders For: Michael A. Johnson 07/06/2009
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
08/25/2009

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director | 10% Owner
X Officer (give title below) | Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day /Year) | 2A. Deemed Execution Date, if any (Month/Day /Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/25/2009 | | F | | 9,737 | D | $23.35 | 305,176 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day /Year) | 3A. Deemed Execution Date, if any (Month/Day /Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Amy M. Sanders For: Michael A. Johnson 08/27/2009
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
09/30/2009

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/30/2009 | | A | | 2,193 | A | $28.4 | 307,369 | D | |
| Common Stock | 10/01/2009 | | F | | 331 | D | $26.5 | 307,038 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Amy M. Sanders For: Michael A. Johnson — 10/02/2009
** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
12/31/2009

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/31/2009 | | A | | 780 | A | $25.88 | 307,818 | D | |
| Common Stock | 01/02/2010 | | F | | 2,197 | D | $25.88 | 305,621 | D | |
| Common Stock | 01/02/2010 | | F | | 2,093 | D | $25.88 | 303,528 | D | |
| Common Stock | 01/03/2010 | | F | | 1,398 | D | $25.88 | 302,130 | D | |
| Common Stock | 01/03/2010 | | F | | 1,798 | D | $25.88 | 300,332 | D | |
| Common Stock | 01/04/2010 | | A | | 40,000 | A | $0 | 340,332 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: Michael A. Johnson 01/05/2010
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
03/31/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/31/2010 | | A | | 2,323 | A | $23.64 | 343,242 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: Michael A. Johnson    04/01/2010
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
06/30/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/30/2010 | | A | | 1,060 | A | $20.95 | 344,302 | D | |
| Common Stock | 07/01/2010 | | A | | 45,000 | A | $0 | 389,302 | D | |
| Common Stock | 07/01/2010 | | F | | 3,671 | D | $20.82 | 385,631 | D | |
| Common Stock | 07/01/2010 | | F | | 2,199 | D | $20.82 | 383,432 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: MARC D. ROME For: MICHAEL A. JOHNSON 07/02/2010
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A

(Last) (First) (Middle)
6100 N. WESTERN AVE.

(Street)
OKLAHOMA CITY OK 73118

(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
07/02/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day /Year) | 2A. Deemed Execution Date, if any (Month/Day /Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/02/2010 | | F | | 2,101 | D | $20.51 | 381,331 | D | |
| Common Stock | 07/03/2010 | | F | | 2,098 | D | $20.51 | 379,233 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day /Year) | 3A. Deemed Execution Date, if any (Month/Day /Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: MARC D. ROME For: MICHAEL A. JOHNSON 07/07/2010

** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
09/30/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/30/2010 | | A | | 3,323 | A | $22.65 | 382,568 (1) | D | |
| Common Stock | 10/01/2010 | | F | | 331 | D | $22.8 | 382,237 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Includes twelve shares not previously reported as a result of a rounding error.

By: Marc D. Rome For: MICHAEL A. JOHNSON 10/04/2010
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
12/31/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/31/2010 | | A | | 857 | A | $25.91 | 383,094 | D | |
| Common Stock | 01/02/2011 | | F | | 4,208 | D | $25.91 | 378,886 | D | |
| Common Stock | 01/03/2011 | | F | | 1,798 | D | $26.51 | 377,088 | D | |
| Common Stock | 01/03/2011 | | A | | 50,000 | A | $0 | 427,088 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: MARC D. ROME For: MICHAEL A. JOHNSON 01/04/2011
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*

JOHNSON MICHAEL A

(Last) (First) (Middle)

6100 N. WESTERN AVE.

(Street)

OKLAHOMA CITY OK 73118

(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol

CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)

01/04/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

Director 10% Owner

X Officer (give title below) Other (specify below)

SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person

Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/04/2011 | | F | | 3,195 | D | $26.22 | 423,893 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: MARC D. ROME For: MICHAEL A. JOHNSON 01/05/2011

** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
02/24/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/24/2011 | | S[1] | | 10,000 | D | $35.45 | 413,893 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on March 15, 2010.

By: Marc D. Rome For: MICHAEL A. JOHNSON 02/28/2011
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
03/31/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/31/2011 | | A | | 1,821 | A | $33.52 | 416,314 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: MICHAEL A. JOHNSON 04/04/2011
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A

(Last) (First) (Middle)
6100 N. WESTERN AVE.

(Street)
OKLAHOMA CITY OK 73118

(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
06/30/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director — 10% Owner
X Officer (give title below) — Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/30/2011 | | A | | 748 | A | $29.69 | 417,056 | D | |
| Common Stock | 07/01/2011 | | F | | 10,594 | D | $30.1 | 406,462 | D | |
| Common Stock | 07/01/2011 | | A | | 46,515 | A | $0 | 452,977 | D | |
| Common Stock | 07/02/2011 | | F | | 2,360 | D | $30.1 | 450,617 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: MICHAEL A. JOHNSON — 07/05/2011

** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A

(Last) (First) (Middle)
6100 N. WESTERN AVE.

(Street)
OKLAHOMA CITY OK 73118

(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
08/25/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/25/2011 | | F | | 9,737 | D | $29.55 | 440,880 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: MICHAEL A. JOHNSON 08/29/2011

** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
09/30/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/30/2011 | | A | | 3,158 | A | $25.55 | 444,030 | D | |
| Common Stock | 10/01/2011 | | F | | 331 | D | $25.55 | 443,699 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: MICHAEL A. JOHNSON — 10/04/2011
** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
12/31/2011

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day /Year) | 2A. Deemed Execution Date, if any (Month/Day /Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/31/2011 | | A | | 855 | A | $22.29 | 444,546 | D | |
| Common Stock | 01/02/2012 | | F | | 4,211 | D | $22.29 | 440,335 | D | |
| Common Stock | 01/03/2012 | | F | | 3,963 | D | $23.6 | 436,372 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day /Year) | 3A. Deemed Execution Date, if any (Month/Day /Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: MICHAEL A. JOHNSON 01/04/2012
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
01/03/2012

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/03/2012 | | A | | 61,445 | A | $0 | 497,817 | D | |
| Common Stock | 01/04/2012 | | F | | 3,170 | D | $23.86 | 494,647 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: MICHAEL A. JOHNSON 01/05/2012
** Signature of Reporting Person Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
JOHNSON MICHAEL A
(Last) (First) (Middle)
6100 N. WESTERN AVE.
(Street)
OKLAHOMA CITY OK 73118
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
CHESAPEAKE ENERGY CORP [ CHK ]

3. Date of Earliest Transaction (Month/Day/Year)
03/30/2012

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
SVP, Accounting Controller

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/30/2012 | | A | | 3,219 | A | $23.17 | 498,621 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

By: Marc D. Rome For: MICHAEL A. JOHNSON — 04/03/2012
** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**





U.S. Securities and Exchange Commission

**JOHNSON MICHAEL A (0001167593)**

State location:

**Mailing Address**
6100 N. WESTERN AVENUE
OKLAHOMA CITY OK 73118

**Ownership Reports for Issuers:** (Click on issuer name to see other owners for the issuer, or CIK for issuer filings.)

| Issuer | Filings | Transaction Date | Type of Owner |
|---|---|---|---|
| CHESAPEAKE ENERGY CORP | 0000895126 | 2013-01-03 | officer: SVP, Accounting Controller |

See Code Descriptions for an explanation of the codes used in this listing

Items 1 - 80 (Note: Second (grayed) row (except for Nature) is for derivative details.)

| | Date | Issuer | Form | Trans. | Modes | Shares | Price | Owned | No. | Issuer CIK | Security Name | Deemed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Exercise | Nature | | Derivative | | Underlying | Exercised | Underlying | | Expires | Underlying | |
| D | 2013-01-04 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 3260.0000 | | 471705.0000 | 2 | 0000895126 | Common Stock | |
| D | 2013-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 9051.0000 | | 474965.0000 | 1 | 0000895126 | Common Stock | |
| D | 2013-01-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2519.0000 | | 484016.0000 | 2 | 0000895126 | Common Stock | |
| A | 2012-12-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1250.0000 | | 486535.0000 | 1 | 0000895126 | Common Stock | |
| D | 2012-10-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 329.0000 | | 485297.0000 | 2 | 0000895126 | Common Stock | |
| A | 2012-09-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1284.0000 | | 485626.0000 | 1 | 0000895126 | Common Stock | |
| D | 2012-07-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 15381.0000 | | 484351.0000 | 2 | 0000895126 | Common Stock | |
| A | 2012-06-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1116.0000 | | 499732.0000 | 1 | 0000895126 | Common Stock | |
| A | 2012-03-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 3219.0000 | | 498621.0000 | 1 | 0000895126 | Common Stock | |
| D | 2012-01-04 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 3170.0000 | | 494647.0000 | 2 | 0000895126 | Common Stock | |
| D | 2012-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 3963.0000 | | 436372.0000 | 3 | 0000895126 | Common Stock | |
| A | 2012-01-03 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 61445.0000 | | 497817.0000 | 1 | 0000895126 | Common Stock | |
| D | 2012-01-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 4211.0000 | | 440335.0000 | 2 | 0000895126 | Common Stock | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 2011-12-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 855.0000 | 444546.0000 | 1 | 0000895126 | Common Stock |
| D | 2011-10-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 331.0000 | 443699.0000 | 2 | 0000895126 | Common Stock |
| A | 2011-09-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 3158.0000 | 444030.0000 | 1 | 0000895126 | Common Stock |
| D | 2011-08-25 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 9737.0000 | 440880.0000 | 1 | 0000895126 | Common Stock |
| D | 2011-07-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2360.0000 | 450617.0000 | 4 | 0000895126 | Common Stock |
| D | 2011-07-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 10594.0000 | 406462.0000 | 2 | 0000895126 | Common Stock |
| A | 2011-07-01 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 46515.0000 | 452977.0000 | 3 | 0000895126 | Common Stock |
| A | 2011-06-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 748.0000 | 417056.0000 | 1 | 0000895126 | Common Stock |
| A | 2011-03-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1821.0000 | 416314.0000 | 1 | 0000895126 | Common Stock |
| D | 2011-02-24 | CHESAPEAKE ENERGY CORP | 4 | S-Sale | --D | 10000.0000 | 413893.0000 | 1 | 0000895126 | Common Stock |
| D | 2011-01-04 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 3195.0000 | 423893.0000 | 1 | 0000895126 | Common Stock |
| D | 2011-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1798.0000 | 377088.0000 | 3 | 0000895126 | Common Stock |
| A | 2011-01-03 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 50000.0000 | 427088.0000 | 4 | 0000895126 | Common Stock |
| D | 2011-01-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 4208.0000 | 378886.0000 | 2 | 0000895126 | Common Stock |
| A | 2010-12-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 857.0000 | 383094.0000 | 1 | 0000895126 | Common Stock |
| D | 2010-10-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 331.0000 | 382237.0000 | 2 | 0000895126 | Common Stock |
| A | 2010-09-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 3323.0000 | 382568.0000 | 1 | 0000895126 | Common Stock |
| D | 2010-07-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2098.0000 | 379233.0000 | 2 | 0000895126 | Common Stock |
| D | 2010-07-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2101.0000 | 381331.0000 | 1 | 0000895126 | Common Stock |
| A | 2010-07-01 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 45000.0000 | 389302.0000 | 2 | 0000895126 | Common Stock |
| D | 2010-07-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 3671.0000 | 385631.0000 | 3 | 0000895126 | Common Stock |
| D | 2010-07-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2199.0000 | 383432.0000 | 4 | 0000895126 | Common Stock |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 2010-06-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1060.0000 | 344302.0000 | 1 | 0000895126 | Common Stock |
| A | 2010-03-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 2323.0000 | 343242.0000 | 1 | 0000895126 | Common Stock |
| A | 2010-01-04 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 40000.0000 | 340332.0000 | 6 | 0000895126 | Common Stock |
| D | 2010-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1398.0000 | 302130.0000 | 4 | 0000895126 | Common Stock |
| D | 2010-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1798.0000 | 300332.0000 | 5 | 0000895126 | Common Stock |
| D | 2010-01-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2197.0000 | 305621.0000 | 2 | 0000895126 | Common Stock |
| D | 2010-01-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2093.0000 | 303528.0000 | 3 | 0000895126 | Common Stock |
| A | 2009-12-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 780.0000 | 307818.0000 | 1 | 0000895126 | Common Stock |
| D | 2009-10-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 331.0000 | 307038.0000 | 2 | 0000895126 | Common Stock |
| A | 2009-09-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 2193.0000 | 307369.0000 | 1 | 0000895126 | Common Stock |
| D | 2009-08-25 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 9737.0000 | 305176.0000 | 1 | 0000895126 | Common Stock |
| D | 2009-07-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1598.0000 | 314913.0000 | 2 | 0000895126 | Common Stock |
| D | 2009-07-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1798.0000 | 316511.0000 | 1 | 0000895126 | Common Stock |
| D | 2009-07-01 | CHESAPEAKE ENERGY CORP | 4 | D-Return | --D | 1678.0000 | 284827.0000 | 2 | 0000895126 | Common Stock |
| D | 2009-07-01 | CHESAPEAKE ENERGY CORP | 4 | D-Return | --D | 1518.0000 | 283309.0000 | 3 | 0000895126 | Common Stock |
| A | 2009-07-01 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 35000.0000 | 318309.0000 | 4 | 0000895126 | Common Stock |
| A | 2009-06-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1018.0000 | 286505.0000 | 1 | 0000895126 | Common Stock |
| A | 2009-03-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 2377.0000 | 285405.0000 | 1 | 0000895126 | Common Stock |
| D | 2009-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1797.0000 | 284532.0000 | 4 | 0000895126 | Common Stock |
| D | 2009-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1384.0000 | 283148.0000 | 5 | 0000895126 | Common Stock |
| D | 2009-01-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1397.0000 | 281751.0000 | 6 | 0000895126 | Common Stock |
| D | 2009-01-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2193.0000 | 258829.0000 | 2 | 0000895126 | Common Stock |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 2009-01-02 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 27500.0000 | | 286329.0000 | 3 0000895126 | Common Stock |
| A | 2008-12-31 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1248.0000 | | 261022.0000 | 1 0000895126 | Common Stock |
| A | 2008-10-01 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 3150.0000 | | 259684.0000 | 1 0000895126 | Common Stock |
| A | 2008-09-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 1527.0000 | | 256534.0000 | 1 0000895126 | Common Stock |
| A | 2008-08-05 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 4375.0000 | | 252863.0000 | 1 0000895126 | Common Stock |
| D | 2008-08-05 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 981.0000 | | 251882.0000 | 2 0000895126 | Common Stock |
| A | 2008-08-05 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 3750.0000 | | 255632.0000 | 3 0000895126 | Common Stock |
| D | 2008-08-05 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 651.0000 | | 254981.0000 | 4 0000895126 | Common Stock |
| D | 2008-08-05 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 3750.0000 | | 0.0000 | 5 0000895126 | Incentive Stock Option (right to buy) |
| | 2004-01-08 | | | [derivative] | | 3750.0000 | $7.8000 | | - 2013-01-08 | Common Stock |
| D | 2008-08-05 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 4375.0000 | | 0.0000 | 6 0000895126 | Incentive Stock Option (right to buy) |
| | 2004-06-24 | | | [derivative] | | 4375.0000 | $10.0800 | | - 2013-06-24 | Common Stock |
| D | 2008-07-09 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1573.0000 | | 248488.0000 | 1 0000895126 | Common Stock |
| D | 2008-07-03 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2097.0000 | | 250061.0000 | 2 0000895126 | Common Stock |
| D | 2008-07-02 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 2359.0000 | | 252158.0000 | 1 0000895126 | Common Stock |
| A | 2008-07-01 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 21000.0000 | | 256509.0000 | 2 0000895126 | Common Stock |
| D | 2008-07-01 | CHESAPEAKE ENERGY CORP | 4 | F-InKind | --D | 1992.0000 | | 254517.0000 | 3 0000895126 | Common Stock |
| A | 2008-06-30 | CHESAPEAKE ENERGY CORP | 4 | A-Award | --D | 290.0000 | | 235509.0000 | 1 0000895126 | Common Stock |
| A | 2008-05-06 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 12300.0000 | | 247489.0000 | 1 0000895126 | Common Stock |
| D | 2008-05-06 | CHESAPEAKE ENERGY CORP | 4 | S-Sale | --D | 12300.0000 | | 235189.0000 | 2 0000895126 | Common Stock |
| D | 2008-05-06 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 12300.0000 | | 0.0000 | 3 0000895126 | Non-Qualified Stock Option (right to buy) |
| | 2004-06-24 | | | [derivative] | | 12300.0000 | $10.0800 | | - 2013-06-24 | Common Stock |
| A | 2008-04-28 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 5200.0000 | | 240389.0000 | 1 0000895126 | Common Stock |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 2008-04-28 | CHESAPEAKE ENERGY CORP | 4 | S-Sale | --D | 5200.0000 | | 235189.0000 | 2 | 0000895126 | Common Stock |
| D | 2008-04-28 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 5200.0000 | | 12300.0000 | 3 | 0000895126 | Non-Qualified Stock Option (right to buy) |
| | 2004-06-24 | | | [derivative] | | 5200.0000 | $10.0800 | | - | 2013-06-24 | Common Stock |
| A | 2008-04-16 | CHESAPEAKE ENERGY CORP | 4 | M-Exempt | --D | 15000.0000 | | 250189.0000 | 1 | 0000895126 | Common Stock |

Next 80

*http://www.sec.gov/cgi-bin/own-disp*

---