# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DVORA WEINSTEIN and STEVEN S. WEINSTEIN, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>AUBREY K. MCCLENDON, DOMENIC J. DELL'OSSO, JR., MARCUS ROWLAND, MICHAEL A. JOHNSON, JEFFREY L. MOBLEY, HENRY HOOD, and CHESAPEAKE ENERGY CORPORATION, )<br><br>Defendants. ) | Case No. CIV-12-465-M |

## ORDER

Before the Court is defendants' Motion to File Oversized Joint Reply Brief in Support of Their Motion to Dismiss, filed February 15, 2013. Upon review of defendants' opposed motion, and for good cause shown, the Court GRANTS defendants' Motion to File Oversized Joint Reply Brief in Support of Their Motion to Dismiss [docket no. 84] and GRANTS defendants leave to file a 15 page Joint Reply Brief.

**IT IS SO ORDERED this 20th day of February, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE