**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DVORA WEINSTEIN and STEVEN S. WEINSTEIN, Individually and On Behalf of All Others Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. CIV-12-465-M |
| AUBREY K. MCCLENDON, DOMENIC J. DELL'OSSO, JR., MARCUS ROWLAND, MICHAEL A. JOHNSON, JEFFREY L. MOBLEY, HENRY HOOD, and CHESAPEAKE ENERGY CORPORATION, | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to a separate order issued April 10, 2013, this action is hereby dismissed.

**ENTERED at Oklahoma City, Oklahoma this 16th day of April, 2013.**

Vicki Miles-LaGrange

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE